

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Eric L. Gibson*
*Direct Dial: (215) 861-8506*
*Facsimile: (215) 861- 8618*
*E-mail Address: eric.gibson2@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

July 23, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Michael "Ozzie" Myers, 20-cr-210</u>

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case. The Indictment was returned on July 21, 2020.

    Very truly yours,

    WILLIAM M. MCSWAIN
    United States Attorney

    s/ *Eric L. Gibson*

    Eric L. Gibson
    Assistant United States Attorney