# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 20-210** |
| : | |
| **MICHAEL OZZIE MYERS** : | |

## O R D E R

**AND NOW**, this 17th day of August, 2020, upon consideration of Defendant's Motion to Extend Time to File Pretrial Documents (Doc. No. 14), it is hereby **ORDERED** that Defendant's Motion (Doc. No. 14) is **GRANTED in part**. Defendant shall file his pretrial motions **no later than** October 16, 2020.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.