IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

vs.                               :          NO. 20-CR-210

MICHAEL "OZZIE" MYERS"            :

# **O R D E R**

Upon the unopposed application of the United States of America for an Order extending the time in which the government may respond to defendants' pretrial motions, it is HEREBY ORDERED that the motion is GRANTED.

WHEREFORE, on this _____ day of October, 2020, it is HEREBY ORDERED that the government's responses are now due on _____.

                                        BY THE COURT:

                                        _____
                                        PAUL S. DIAMOND
                                        United States District Court Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PRETRIAL MOTIONS

The United States of America, by its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Eric L. Gibson, Assistant United States Attorney for the District, moves for a thirty-day extension of time in which to file the government's response to the defendants' pretrial motions. In support of this motion, the government avers as follows:

1. In this case, former U.S. Congressman Michael "Ozzie" Myers is charged by Indictment with conspiring to violate voting rights by fraudulently stuffing the ballot boxes for specific political candidates in the 2014, 2015, and the 2016 primary elections, bribery of an election official, falsification of records, voting more than once in federal elections, and obstruction of justice.

2. Trial was originally scheduled for September 29, 2020. On a revised schedule, this Court directed that pretrial motions were due by October 16, 2020. Dkt. No. 15.

3. On August 27, 2020, defendant filed a First Motion to Continue Trial. Dkt. No. 17.

4. On September 25, 2020, defendant filed a Motion to Dismiss Counts of the Indictment. Dkt. No. 18.

5. Under the Schedule Order issued by the Court on September 29, 2020, trial was postponed and is now scheduled to commence on March 30, 2021. Pretrial motions, including motions in limine, are due by January 29, 2021. Oppositions to the pretrial motions are due by February 5, 2021. Dkt. No. 22.

6. On September 29, 2020, the Court issued an order directing the government to file a response to the defendant's Motion to Dismiss Counts of the Indictment (Dkt. No. 18) by October 13, 2020. Dkt. No. 23.

7. On or about October 2, 2020, the defendant filed a First Motion to Suppress Admission Audiotapes. *See* Dkt. No. 24

8. The government seeks an extension of at least thirty (30) days to file its responses. The government has made progress in preparing its filings in opposition, but requires additional time to complete the responses and supervisory review in light of obligations in others cases and duties related to the upcoming federal election. Additionally, this prosecution is a joint matter involving the Director of the Election Crimes Branch from the Criminal Division at Main Justice, also tasked with duties related to the upcoming federal election, and additional coordination is required in order to respond.

4. Government counsel has contacted counsel for the defendant. Counsel has no objection to the government's request for an extension.

WHEREFORE, for these reasons, the government in this case respectfully requests a thirty-day extension of time, until at least November 12, 2020, in which to file its responses.

                                            Respectfully submitted,

                                            WILLIAM M. MCSWAIN
                                            United States Attorney

By:

                                            /s/   Eric L. Gibson
                                            ERIC L. GIBSON
                                            Assistant United States Attorney

Dated: October 9, 2020

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Motion for Extension of Time has been served upon all counsel of record electronically and via ECF.

s/Eric L. Gibson
ERIC L. GIBSON
Assistant United States Attorney

Dated: October 9, 2020