Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No. 18344
email arnold.silverstein@gmail.com
1845 Walnut Street #1300
Philadelphia, PA 19103
(215) 569-4661                                      Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

VS.                               :       CRIMINAL NO. 20-CR-210

MICHAEL "OZZIE" MYERS"            :

## MOTION TO DISMISS COUNT THREE AND FIVE OF THE INDICTMENT CHARGING 18 USC 1519

TO THE HONORABLE, THE JUDGE OF THE SAID COURT:

Defendant, Michael "Ozzie" Myers, by and through co-counsel, Noah Gorson and Arnold Silverstein ("counsel"), file the forgoing motion for dismissal of counts three, five and eight of the above filed Indictment, and in support of this motion state:

1. On or about July 21, 2020, Defendant was charged in an eight count Indictment with violations of 18 U.S.C. § 241 (conspiracy to deprive persons of civil rights), 52U.S.C. § 10307(c) (conspiring to illegally vote in federal election) and related charges all stemming from elections held in Philadelphia from in or about April 2014 to June 2016.

2. In counts three and five Defendant is charged with a violation of 18 USC 1519, destruction, alteration, or falsification of records in Federal investigations and bankruptcy.

3. 18 USC 1519 provides: Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the

United States or any case filed under title 11, or in relation to or contemplation of any such matter or case.

4.  Under 18 U.S.C.S. § 1519, the government must first prove that a document in issue is false or contains false entries. It must also demonstrate that: (1) the defendant intended to impede an investigation into any matter and or in relation to or in contemplation of any matter; and (2) the matter at issue was within the federal government's jurisdiction.

5.  An indictment may not merely recite the essential elements of the offense charged; it must allege specific facts that fall within the scope of the relevant criminal statute. Id.; United States v. Kemp, 500 F.3d 257, 280 (3d Cir. 2007). All facts alleged in the indictment must be taken as true, and the court is to employ a "common sense construction" thereof. No greater specificity than the statutory language is required so long as there is sufficient factual orientation to permit the defendant to prepare his defense and to invoke double jeopardy in the event of a subsequent prosecution. An appellate court exercises plenary review over this challenge.

6.  Both counts three and five of the indictment must be dismissed as it does not apprise Defendant of the issues he must be prepared to face at trial because the indictment fails to allege a factual orientation that supports an intent to impede an investigation into any matter and or in relation to or in contemplation of any matter.

## MEMO OF LAW

Defendant moves to dismiss counts three and five of the indictment because the Government never alleged in the indictment that the Defendant intended to impede an investigation or allege that an investigation existed.

The indictment does not advise the Defendant of the existence of a Federal investigation. The paragraphs incorporated into three and five merely show an intent to pump up votes for Defendant's candidates, not conceal evidence from any investigation. In fact, the "false entries" are intended to pump up votes and are in fact the crime committed as opposed to an attempt to conceal a crime.

For the above reasons Counts three and five of the indictment must be dismissed.

**WHEREFORE** Defendant requests that Counts Three and Five of the Indictment be dismissed.

RESPECTFULLY SUBMITTED:

BY: /s/ Noah Gorson
    NOAH GORSON, ESQUIRE
    ATTORNEY FOR DEFENDANT


BY: /s/ Arnold Silverstein
    ARNOLD SILVERSTEIN, ESQUIRE
    ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date of January 7, 2021.

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney=s Office
Eastern District of Pennsylvania
**Assistant United States Attorney**
**Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

BY: _/s/ Noah Gorson_
      NOAH GORSON, ESQUIRE