Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No. 18344
email arnold.silverstein@gmail.com
1845 Walnut Street #1300
Philadelphia, PA 19103
(215) 569-4661

                                                    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIMINAL NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

## MOTION IN LIMINE TO DETERMINE THE ADMISSIBILITY OF EVIDENCE

1. Defendant. Michael Myers, is charged with a multi count indictment alleging conspiracy, bribery and other charges.

2. The Government alleges that Myers acting as a political consultant paid Cooperating Defendant, Ward Chairman of the 39th Ward, money to organize the 39th Ward for his candidates and paid him to add false votes in the 36th division of the 39th Ward.

3. The Defense intends to present the testimony from leaders of other wards throughout the city who were paid by Mr. Myers to organize their wards for his candidates. These witnesses will testify that they have assisted Mr. Myers' candidates in multiple primary elections. They will testify that Mr. Myers never asked them to add false votes for his candidates in any election.

4. The defense submits this evidence is admissible as specific acts of good character per 405(b) of the Federal Rules of Evidence and as evidence of habit per 406 of the Federal Rules of Evidence.

5. Specific instances of conduct is allowed to establish character per 405(b) which provides:
    " **By Specific Instances of Conduct.** When a person's character or character trait is an essential element of a charge, claim, or defense, the character or trait may also be proved by relevant specific instances of the person's conduct."
    Defendant submits his character for honesty is an essential element of the charges in this case. Defendant further submits his good character for honesty will be established by the testimony of proposed witnesses which testimony will aid him in establishing his defense.

7. Habit evidence is admissible per 406 which provides: Evidence of a person's habit or an organization's routine practice may be admitted to prove that on a particular occasion the person or

organization acted in accordance with the habit or routine practice. The court may admit this evidence regardless of whether it is corroborated or whether there was an eyewitness.

8. In context of Rule 406, habit is person's or organization's practice of handling particular kind of situation with specific type of conduct; habit is one's regular response to repeated specific situation; and organization's regularity of action is within purview of Rule 406. Meyer v. United States, 464 F. Supp. 317, 3 Fed. R. Evid. Serv. (CBC) 987, 1979 U.S. Dist. LEXIS 14813 (D. Colo. 1979), aff'd, 638 F.2d 155, 6 Fed. R. Evid. Serv. (CBC) 980, 1980 U.S. App. LEXIS 16274 (10th Cir. 1980).

9. As a consultant Myers regularly hired certain ward leaders and or other political persons in the ward to lawfully organize the ward for his candidates in primary elections. He never asked these persons to put add false votes for his candidates. This repeated behavior clearly demonstrates it is was his habit to hire these persons.

10. The defense submits this evidence should be admitted to prove Myers' acted in accordance with this habit of hiring ward leaders, et al to lawfully aid his candidates in their ward.

RESPECTFULLY SUBMITTED:

BY: /s/ Noah Gorson
NOAH GORSON, ESQUIRE
ATTORNEY FOR DEFENDANT


BY: /s/ Arnold Silverstein
ARNOLD SILVERSTEIN, ESQUIRE
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date of January 26, 2021.

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney's Office
Eastern District of Pennsylvania
**Assistant United States Attorney
Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

BY: _/s/ Noah Gorson_
NOAH GORSON, ESQUIRE