Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No. 18344
email arnold.silverstein@gmail.com
1845 Walnut Street #1300
Philadelphia, PA 19103
(215) 569-4661                                    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIMINAL NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

## MOTION IN LIMINE TO BAR PORTIONS OF TAPE CONVERSATIONS CONTAINING HEARSAY

1. In the following tapes the G.W. (Government witness) refers to what third person allegedly told GW:

A. Tape of 2/9/17 between Defendant and G.W. (Government witness) GW states that Ro said Feds are looking at stuff;

B. Tape of 2/20/17 between Defendant and G.W. (Government witness) GW states that Ro bang em up ring em up and told GW to beat Nickie D;

C. Tape of 2/22/17 between Defendant and G.W. (Government witness) GW states judicial candidate offered him $1,000;

D. Tape of 2/24/17 between GW and Ro.

E. Tape of 4/12/17 between Defendant and G.W. (Government witness) GW states Ro said "do the thing you do";

F. Tape of 5/8/17 (1951) between Defendant and G.W. (Government witness) GW states JR says she has money for; and she wants extra votes.

G. Tape of 5/8/17 between Defendant and G.W. (Government witness) GW states Ro said MF'ers like you who cheat, add votes is why Tracy Roman lost. (5:04-15) Oz got you putting votes for his people.

2. Defendant moves In Limine to bar the portions of the tapes referred to above because said portions are hearsay.

3. Rule 801 of the Federal Rules of Evidence defines hearsay as follows: Hearsay" means a statement that:
(1) the declarant does not make while testifying at the current trial or hearing; and
(2) a party offers in evidence to prove the truth of the matter asserted in the statement.

4. Those portions of the tapes referred to above are hearsay because the declarants did not make the statements while testifying at the current trial and they are being offered to prove the truth of the matter asserted in the statement.

WHEREFORE Defendant prays the Court will bar the use of the hearsay statements are Defendant's trial.

RESPECTFULLY SUBMITTED:

BY: /s/ Noah Gorson
NOAH GORSON, ESQUIRE
ATTORNEY FOR DEFENDANT

BY: /s/ Arnold Silverstein
ARNOLD SILVERSTEIN, ESQUIRE
ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date, January 29, 2021.

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney's Office
Eastern District of Pennsylvania
**Assistant United States Attorney
Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

BY: _/s/ Noah Gorson_
NOAH GORSON, ESQUIRE