IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

**O R D E R**

Upon the unopposed application of the United States of America for an Order extending the time in which the parties may file pretrial motions and respond to pretrial motions, it is HEREBY ORDERED that the motion is GRANTED.

WHEREFORE, on this _____ day of February, 2021, it is HEREBY ORDERED that the pretrial motions are due _____ and the responses are due on _____.

BY THE COURT:

_____
PAUL S. DIAMOND
United States District Court Judge

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AND RESPOND TO PRETRIAL MOTIONS

The United States of America, by its attorneys, Jennifer Arbittier Williams, Acting United States Attorney for the Eastern District of Pennsylvania, and Eric L. Gibson and Richard P. Barrett, Assistant United States Attorneys for the District, moves for a thirty-day extension of time in which to file the government's pretrial motions and response to the defendants' pretrial motions. In support of this motion, the government avers as follows:

1. In this case, former U.S. Congressman Michael "Ozzie" Myers is charged by Indictment with conspiring to violate voting rights by fraudulently stuffing the ballot boxes for specific political candidates in the 2014, 2015, and the 2016 primary elections, bribery of an election official, falsification of records, voting more than once in federal elections, and obstruction of justice.

2. Trial was originally scheduled for September 29, 2020. On a revised schedule, this Court directed that pretrial motions were due by October 16, 2020. ECF. No. 15.

3. On August 27, 2020, defendant filed a First Motion to Continue Trial. ECF. No. 17.

4. On September 25, 2020, defendant filed a Motion to Dismiss Counts of the Indictment. ECF. No. 18.

2

5. Under the Schedule Order issued by the Court on September 29, 2020, trial was postponed and is now scheduled to commence on March 30, 2021. Pretrial motions, including motions *in limine*, were due by January 29, 2021. Oppositions to the pretrial motions are due February 5, 2021. ECF. No. 22.

6. To date, the government has responded to both of defendant's motions to dismiss counts from the indictment, ECF Nos. 18 and 31, a motion to suppress the admission of audiotapes, ECF No 24, and defendant's first motion *in limine*, ECF No. 32.

7. On February 3, 2021, the government sent a letter to the Court advising that the parties were seeking a conference with the Court well in advance of the scheduled March 24, 2021 pre-trial conference. Specifically, the parties seek guidance from the Court regarding matters which may affect the duration of the trial, how the parties present their respective cases, the admission of certain evidence, and the date the trial commences. The parties would like to propose the use of a questionnaire in jury selection to identify some election-related issues that may be relevant to the selection of jurors. The parties also intend to propose the use of depositions to preserve testimony of certain witnesses for presentation during the trial. These matters may require the parties to submit additional motions and responses related to the admission of evidence.

8. Additionally, the current pandemic poses complications related to some health conditions that would understandably increase the medical risks to the parties posed by trying a case on the current schedule.

9. The government therefore seeks an extension of at least thirty (30) days to file its pretrial motions pertaining to the above topics and responses to defendant's motions.

10. Lastly, the government has made progress in preparing its filing in opposition to defendant's remaining second motion *in limine*, ECF No. 33, but requires additional time to complete the response and supervisory review in light of weather-related office closures at the beginning of this week and obligations in other cases.

11. Government counsel has contacted counsel for the defendant. Counsel has no objection to the government's request for an extension.

WHEREFORE, the government respectfully requests a thirty-day extension of time, until at least March 5, 2021, in which to file its pretrial motions and responses to defendant's motions.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney

By:

/s/ Eric L. Gibson
ERIC L. GIBSON
RICHARD P. BARRETT
Assistant United States AttorneyS

Dated: February 5, 2021

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Motion for Extension of Time has been served upon all counsel of record electronically and via ECF.

s/Eric L. Gibson
ERIC L. GIBSON
Assistant United States Attorney

Dated: February 5, 2021