Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No.
email arnold.silverstein@gmail.com
1845 Walnut Street #1300
Philadelphia, PA 19103
(215) 569-4661                                              Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIMINAL NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

## MOTION TO CONTINUE TRIAL DATE

TO THE HONORABLE, THE JUDGE OF THE SAID COURT:

Defendant, Michael "Ozzie" Myers, by and through co-counsel, Noah Gorson and Arnold Silverstein ("counsel"), requests a continuance of the trial date in the above, and in support of this motion state:

1.    On or about July 21, 2020, Defendant was indicted in the above captioned matter and charged in Count One with conspiracy to deprive persons of civil rights 18 United States Code § 241 and related charges in Counts Two through Eight.

2.    Pursuant to the Court's Scheduling Order of September 28, 2020, this matter is scheduled for trial on March 30, 2021.

3.    The Government, without objection of Defense counsel, recently filed a Motion for an Extension of Time to File and Respond to Pretrial Motions ("Motion for Extension"), setting forth the complexity of this particular case and various scheduling factors which make adherence to the Court's Scheduling Order impractical.

4.    Although the Government and Defense counsel have diligently attempted to prepare for trial, due to the COVID-19 pandemic it has been exceedingly problematic, in particular, for counsel and Defendant to meet as often as necessary for trial preparation. Further due to the advanced ages and underlying health conditions of Defendant and co-counsel, Mr. Silverstein, it is especially necessary to implement CDC precautions. Thus, trial

of this matter should not take place until such time as Covid vaccinations become readily available to all Pennsylvanians, so as to inoculate all participants in advance of the trial.

5. Defense counsel understands that the Commonwealth of Pennsylvania expects to have the vaccination readily available and administered to all Pennsylvanians by summer 2021, and as a result it is proposed that the trial of this matter be delayed until such time to ensure the safety of all who participate.

6. The Government agrees to a continuance of the currently scheduled trial date, but would prefer, as requested in the Motion for Extension, that before another trial date is set by the Court a conference can be scheduled so as to address a number of additional issues, such as a jury questionnaire.

7. This case meets the criteria set forth in 18 U.S.C. § 3161 for unusual and complex matters due to the nature of the prosecution, and the existence of novel questions of fact and law, resulting in the need for additional time beyond the limits established by this section to prepare for pretrial and trial proceedings.

8. The ends of justice and the need to ensure the safety of all participants will be served by granting this request and clearly outweigh the interest of the public and the Defendant in a speedy trial as defined in 18 U.S.C. § 3161.

9. Defendant agrees to such a continuance.

10. This motion is filed in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED:

BY: _/s/ Noah Gorson_
NOAH GORSON, ESQUIRE
ATTORNEY FOR DEFENDANT

BY: _/s/ Arnold Silverstein_
ARNOLD SILVERSTEIN, ESQUIRE
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date of February 10, 2021:

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney=s Office
Eastern District of Pennsylvania
**Assistant United States Attorney
Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

BY:  /s/ Noah Gorson
  NOAH GORSON, ESQUIRE