IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice:  3/30/2021 |
| v. | : | |
| Michael "Ozzie" Myers | : | CRIMINAL NO.  2020-210 |

## NOTICE

**TAKE NOTICE** that a hearing is scheduled to take place on May 10, 2021 at 1:00 p.m. regarding the <u>Starks</u> Motion and the Motion to Suppress in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Paul S. Diamond, in Courtroom 13B.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently incarcerated, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

/s/

Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond
267-299-7739

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Notice to:
Defendant
Noah Gorson, Defense Counsel
Eric L. Gibson, A.U.S.A.
 U.S. Marshal
 Probation Office
 Pretrial Services
 Crystal Wardlaw

Cr 4 (rev. 8/97)