Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No. 18344
email arnold.silverstein@gmail.com
1845 Walnut Street # 1300
Philadelphia, PA 19103
(215) 569-4661                                                                  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

        VS.                                                         :       CRIMINAL NO. 20-CR-210

MICHAEL "OZZIE" MYERS"                       :

## MOTION FOR BRADY MATERIAL

       Defendant, Michael Myers, by and through his attorneys, respectfully requests the Court Order the Government to provide as discovery the bank records for Domenic Demuro, specifically for the time period of January 1, 2015 to June 30, 2015, for the reasons set forth hereafter:

1.    Defendant, Michael Myers, is charged with a multi count indictment alleging conspiracy, bribery and other charges.

2.    The Government alleges that Myers acting as a political consultant paid Cooperating Defendant (Dominic Demuro), Ward Chairman of the 39th Ward, money to organize the 39th Ward for his candidates and paid him to add false votes in the 36th division of the 39th Ward.

3.    In Count One of the Indictment the Government states Defendant paid Cooperating Defendant as follows: $1,000 for judicial candidate # 1; $500 for judicial candidate # 2; and $1,000 for judicial candidate # 3.

4.    In the FBI 302 (dated 11/30/16) relating to the 2015 judicial primary election Cooperating Defendant states he received funds for the following: Candidate # 1, Ken Powell gave Cooperating Defendant a check for $1,000 through Defendant Myers; Candidate # 2 Rainy Papademetriou's husband gave Cooperating Defendant $1,000 cash at Defendant Myers' residence; and, Candidate # 3 Marissa Brumbach gave Cooperating Defendant a check for $500 through Defendant Myers'.

5.    Defendant believes and therefore asserts if these monies were paid to the cooperating defendant his bank records will reflect deposits matching the monies referred to above.

6.     Defendant submits if these monies are not reflected in cooperating defendant's his bank records this evidence is exculpatory because it supports the defense that Candidates 1 thru 3 did not pay money to the cooperating Defendant.

7.     Brady evidence is, by definition, always favorable to the defendant and material to his guilt or punishment." Ramey v. Del. Co. DA, No. 20-4576, 2021 U.S. Dist. LEXIS 22064, at *12 (E.D. Pa. Feb. 5, 2021)

8.     The evidence requested by defendant is favorable to Defendant Myers and material.

**WHEREFORE**, Defendant respectfully requests the Court issue and Order to compel the United States to produce all bank records of Dominic Demuro from januarym1, 2015 to June 30, 2015, including but not limited to all statements, deposits and related items from said time period.

RESPECTFULLY SUBMITTED:

BY: /s/ Noah Gorson
    NOAH GORSON, ESQUIRE
    ATTORNEY FOR DEFENDANT


BY: /s/ Arnold Silverstein
    ARNOLD SILVERSTEIN, ESQUIRE
    ATTORNEY FOR DEFENDANT

Respectfully submitted:

Noah Gorson, Esquire

Arnold Silverstein, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date of April 21, 2021.

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney's Office
Eastern District of Pennsylvania
**Assistant United States Attorney**
**Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476