Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No. 18344
email arnold.silverstein@gmail.com
1845 Walnut Street # 1300
Philadelphia, PA 19103
(215) 569-4661                                        Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIMINAL NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

MOTION IN LIMINE TO BAR GOVERNMENT OR ITS WITNESS(ES) FROM REFERRING TO DEFENDANT AS OZZIE AND AS AN EX-CONGRESSMAN AND STRIKING THESE TERMS FROM THE INDICTMENT UNDER F.R.Cr.P. 7(d)

1. Defendant, Michael Myers, is charged with a multi count indictment alleging conspiracy, bribery and other charges.

2. Defendant was convicted in 1981 of bribery and conspiracy.

3. Defendant was referred to throughout his trial and in newspaper articles since that time referring to Abscam as Michael Ozzie Myers.

4. In numerous media articles regarding this indictment the media refers to Defendant as Michael Ozzie Myers an ex-congressman who was part of a "famous Federal Sting".

5. Defendant submits the nickname Ozzie and/or reference to his being former congressman will prejudice the jury and prevent him from having a fair trial.

6. Defendant submits the unfair prejudice caused by the use of the nickname Ozzie and/or reference to his being former congressman clearly outweighs any probative value attributed to the use of those terms.

7. Defendant moves for the Court at trial to bar the Government/witness(es) from using the nickname Ozzie and/or reference to Defendant being former congressman because the prejudicial value of these terms clearly outweighs any possible probative value. See Fed. R. Evid. 403.

8. Under Rule 403, even relevant evidence is inadmissible "if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Fed. R. Evid. 403. Rule 403 mandates a balancing test, "requiring sensitivity on the part of the trial court to the subtleties of the particular situation." *United States v. Vosburgh*, 602 F. 3d 512, 537 (3d Cir. 2010). Relevant here, the advisory notes to Rule 403 state that "unfair prejudice" means an "undue tendency to suggest decision on an improper basis, commonly, though not necessarily, an emotional one." Fed. R. Evid. 403 advisory committee note.

9. The use of the nickname Ozzie and former Congressman/person has little if any probative value in this case. These terms are not related to the Government's proof in this case. On the other hand, the potential for prejudice to Defendant Myers from the use of these terms is potentially incalculable.

10. Defendant submits the use of the aforementioned terms in the indictment are prejudicial to him and of no relevance to the Government's case.

11. Pursuant F.R.Cr.P. 7(d) Defendant moves to strike from the indictment the nickname Ozzie and former Congressman/person because these terms are not relevant to the Government's case and are both inflammatory and prejudicial to the Defendant.

12. A motion to strike under Rule 7(d) will be granted where "it is clear that the allegation complained of is not relevant to the charge contained in the indictment and is inflammatory and prejudicial." *United States v. Klein*, 124 F. Supp. 476, 479-80 (S.D.N.Y. 1954), *aff'd*, 247 F.2d 908 (2d Cir. 1957), *cert. denied*, 355 U.S. 924, 2 L. Ed. 2d 354, 78 S. Ct. 365 (1958). See *United States v. Persico*, 621 F. Supp. 842, 860 (S.D.N.Y. 1985)

    WHEREFORE, DEFENDANT requests that the Court bar the Government and witnesses from referring to Defendant as "Ozzie" or as an "ex-congressman" or "ex-congressperson" and strike all of same from the Indictment.

RESPECTFULLY SUBMITTED:

BY: /s/ Noah Gorson
NOAH GORSON, ESQUIRE
ATTORNEY FOR DEFENDANT

BY: /s/ Arnold Silverstein
ARNOLD SILVERSTEIN, ESQUIRE
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date of April 28, 2021.

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney's Office
Eastern District of Pennsylvania
**Assistant United States Attorney**
**Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

BY:  /s/ Noah Gorson
       NOAH GORSON, Esquire