# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 20-210** |
| : | |
| **MICHAEL "OZZIE" MYERS** : | |

## O R D E R

**AND NOW**, this 28th day of April, 2021, in consideration of the Government's Motion for a Written Jury Questionnaire (Doc. No. 48), it is hereby **ORDERED** that the Government's Motion (Doc. No. 48) is **DENIED.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.