IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 20-210 |
| : | |
| MICHAEL "OZZIE" MYERS : | |

## O R D E R

**AND NOW**, this 28th day of April, 2021, in consideration of the Defendant's <u>Giglio</u> Motion (Doc. No. 36), it is hereby **ORDERED** that the Government shall **RESPOND** to Defendant's Motion (Doc. No. 36) **no later than** May 11, 2021.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.