# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 20-210** |
| | : | |
| **MICHAEL "OZZIE" MYERS** | : | |

## <u>O R D E R</u>

    **AND NOW**, this 28th day of April, 2021, in consideration of the Government's Motion for Enlargement of Time (Doc. No. 37) and the Amended Scheduling Order (Doc. No. 42), it is hereby **ORDERED** that Government's Motion (Doc. No. 37) is **DENIED AS MOOT**.

 

                                                **AND IT IS SO ORDERED.**

 

                                                */s/ Paul S. Diamond*

                                                _____

                                                Paul S. Diamond, J.