IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 20-210 |
| : | |
| MICHAEL OZZIE MYERS : | |

## O R D E R

**AND NOW**, this 11th day of May, 2021, in accordance with my oral rulings at the hearing held on May 10, 2021, it is hereby **ORDERED** that:

1. Defendant's Motion to Suppress Audiotapes and <u>Starks</u> Motion to Bar Admission or Audiotapes (Doc. No. 24) are **DENIED**. As I found during the hearing, Mr. Demuro voluntarily consented to the interception. Defendant Myers stipulated to the remaining <u>Starks</u> factors;

2. The Government's request for a finding that the <u>Starks</u> factors are satisfied and that the audiotapes are authenticated (Doc. No. 29) is **GRANTED**;

3. Defendant's Motion *in Limine* to Bar Government or Its Witness(es) from Referring to Defendant as Ozzie and as an Ex-Congressman and Striking These Terms from the Indictment (Doc. No. 49) is **DENIED** without prejudice;

4. Defendant's Motion *in Limine* to Bar Admission of Hearsay as to portions of the audiotapes (Doc. No. 33) is **DENIED without prejudice**; and

5. Defendant's Motions for Discovery of <u>Giglio</u>-Related Evidence (Doc. No. 36) and for Release of <u>Brady</u> Materials (Doc. No. 47) are **GRANTED in part**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.

May 11, 2021