# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 20-210** |
| : | |
| **MICHAEL "OZZIE" MYERS** : | |

## O R D E R

**AND NOW**, this 14th day of May, 2021 upon consideration of Jeffrey Cutler's Motion to Intervene (Doc. No. 57), it is hereby **ORDERED** that Cutler's Motion (Doc. No. 57) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.