# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 20-210 |
| | : | |
| **MICHAEL "OZZIE" MYERS** | : | |

## O R D E R

**AND NOW**, this 17th day of May, 2021, upon consideration of Jeffrey Cutler's Amended Motion to Intervene (Doc. No. 62), it is hereby **ORDERED** that Cutler's Motion (Doc. No. 62) is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.