Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No.
email arnold.silverstein@gmail.com
1845 Walnut Street # 1300
Philadelphia, PA 19103
(215) 569-4661                                                    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| VS. | : | CRIMINAL NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

**MOTION TO CONTINUE TRIAL DATE**

TO THE HONORABLE, THE JUDGE OF THE SAID COURT:

Defendant, Michael "Ozzie" Myers, by and through co-counsel, Noah Gorson and Arnold Silverstein ("counsel"), requests a continuance of the trial date in the above, and in support of this motion state:

1. On or about July 21, 2020, Defendant was indicted in the above captioned matter and charged in Count One with conspiracy to deprive persons of civil rights 18 United States Code § 241 and related charges in Counts Two through Eight.

2. Pursuant to the Court's most recent Scheduling Order, this matter is set for trial on June 22, 2021.

3. Although the Government and Defense counsel have diligently attempted to prepare for trial, due to the COVID-19 pandemic it has been exceedingly problematic, in particular, for counsel and Defendant to meet as often as necessary for trial preparation. Further, due to the COVID-19 pandemic it has been exceedingly difficult for Defense counsel to complete the necessary investigation and interview of potential witnesses.

4. The Government has no objection to Defendant's request for a continuance.

5. This case meets the criteria set forth in 18 U.S.C. § 3161 for unusual and

complex matters due to the nature of the prosecution, and the existence of novel questions of fact and law, resulting in the need for additional time beyond the limits established by this section to prepare for pretrial and trial proceedings.

6. The ends of justice and the need to ensure the safety of all participants will be served by granting this request and clearly outweigh the interest of the public and the Defendant in a speedy trial as defined in 18 U.S.C. § 3161.

7. Defendant agrees to such a continuance.

10. This motion is filed in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED:

BY: /s/ Noah Gorson
NOAH GORSON, ESQUIRE
ATTORNEY FOR DEFENDANT


BY: /s/ Arnold Silverstein
ARNOLD SILVERSTEIN, ESQUIRE
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date of June 15, 2021:

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney=s Office
Eastern District of Pennsylvania
**Assistant United States Attorney**
**Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

BY:    */s/ Noah Gorson*
      NOAH GORSON, ESQUIRE