Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No.
email arnold.silverstein@gmail.com
1845 Walnut Street # 1300
Philadelphia, PA 19103
(215) 569-4661                                    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : CRIMINAL NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : |

**MOTION TO CONTINUE TRIAL DATE**

TO THE HONORABLE, THE JUDGE OF THE SAID COURT:

Defendant, Michael "Ozzie" Myers, by and through co-counsel, Noah Gorson and Arnold Silverstein ("counsel"), requests a continuance of the trial date in the above, and in support of this motion state:

1. On or about July 21, 2020, Defendant was indicted in the above captioned matter and charged in Count One with conspiracy to deprive persons of civil rights 18 United States Code § 241 and related charges in Counts Two through Eight.

2. Pursuant to the Court's most recent Scheduling Order, this matter is set for trial on November 9, 2021.

3. On or October 12, 2021, a Superseding Indictment was filed in the above captioned matter adding five (5) additional counts, allegedly involving three (3) additional Philadelphia voting divisions: 39th Ward 2nd, 11th and 16th Divisions.

4. The Superseding Indictment added additional charges of conspiracy to deprive persons of civil rights, falsification of records and related charges in Counts Nine through Thirteen.

5. The Defendant has yet to be arraigned on the Superseding Indictment, but Government and defense counsel are in the process of arranging same.

6. Although some discovery relevant to the Superseding Indictment was made available to defense counsel shortly after the filing of same, it is voluminous, as it involves addental witnesses, recordings, documents and other material with respect to voting activity in the three additional divisions over a number of years.

7. The Government has indicated that additional discovery will be forthcoming.

8. Defense counsel anticipates the filing of motions relating to the new charges and significant additional investigative efforts to prepare fort trial.

9. Defense counsel respectfully requests a ninety (90) day continuance of the trial date and all previous deadlines.

10. The Government has no objection to Defendant's request for a continuance.

11. This case meets the criteria set forth in 18 U.S.C. § 3161 for unusual and complex matters due to the nature of the prosecution, and the existence of novel questions of fact and law, resulting in the need for additional time beyond the limits established by this section to prepare for pretrial and trial proceedings.

12. The ends of justice and the need to ensure the safety of all participants will be served by granting this request and clearly outweigh the interest of the public and the Defendant in a speedy trial as defined in 18 U.S.C. § 3161.

13. Defendant agrees to such a continuance.

14. This motion is filed in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED:

BY: /s/ Noah Gorson
NOAH GORSON, ESQUIRE
ATTORNEY FOR DEFENDANT

BY: /s/ Arnold Silverstein
ARNOLD SILVERSTEIN, ESQUIRE
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date of October 18, 2021:

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney=s Office
Eastern District of Pennsylvania
**Assistant United States Attorney**
**Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

BY: _/s/ Noah Gorson_
NOAH GORSON, ESQUIRE