IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Date Notice Mailed: <u>10/19/2021</u> |
|---|---|---|
| v. | : | |
| | : | |
| Michael "Ozzie" Myers | : | CRIMINAL NO.  2020-210 |
| 2746 S. Hutchinson Street | | |
| Philadelphia, PA  19148 | | |

### NOTICE OF ARRAIGNMENT/INITIAL  APPEARANCE

**1.**  TAKE NOTICE that you have been indicted by the Grand Jury.  A copy of the Superseding Indictment is enclosed.  A warrant for your arrest has been issued and is in the possession of the United States Marshal.

**2.**  You are notified to appear before Magistrate Judge David R. Strawbridge for:

☒ ARRAIGNMENT on the Superseding Indictment at 12:00 p.m. on October 26, 2021 VIA VIDEOCONFERENCE.

☐ INITIAL APPEARANCE before Magistrate Judge          , on        , 20      , at          .m. in Courtroom No.          ,          Floor, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**3.**  In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at 267-299-4400 immediately.  You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

**4.**  If you fail to appear at the  ☒ ARRAIGNMENT  ☐ INITIAL APPEARANCE pursuant to this notice, you will be subject to arrest by the United States Marshal.

**5.**  Please consult with your attorney before the date fixed for arraignment.

**NOTE**:  If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court.  **If you want an attorney to be appointed for you, take these papers immediately to the office of the Defender Association, Suite 540 West, 601 Walnut Street, Philadelphia, Pennsylvania, 19106, 215-928-1100.  If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.**

☐ INTERPRETER  REQUIRED

This case has been assigned to: **Judge Paul S. Diamond**
For information communicate with Courtroom Deputy:
Lenora Kashner Wittje
Telephone No. 267-299-7739

NOTICE TO:  Magistrate Judge David R. Strawbridge

Defendant
Eric Gibson, AUSA
Richard Barrett, AUSA
Arnold Silverman, Defense
Noah Gorson, Defense Attorney
United States Marshal
Pretrial Services
Interpreter Coordinator