IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| v. | : | |
| MICHAEL "OZZIE" MYERS | : | NO. 2020-210 |

**ORDER**

AND NOW, this 19th day of October, 2021, it is ORDERED that the unopposed Defendant's Motion for Continuance of Trial (Doc.#75), is hereby GRANTED. A criminal jury trial in the above captioned matter shall commence on April 12, 2022 at 9:30 a.m.

IT IS SO ORDERED:

Paul S. Diamond /s/

_____
PAUL S. DIAMOND, J.