IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
     v. :
 :

Michael "Ozzie" Myers     :     CRIMINAL NO. 2020-210

## NOTICE OF HEARING

    Take notice that the defendant is scheduled for a Criminal Jury Trial on June 7, 2022 at 9:30 a.m. before the **Honorable Paul S. Diamond** in **Courtroom 14A,** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

    Take further notice that a Final Pretrial Conference is scheduled for June 1, 2022 at 2:00 p.m.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** April 12, 2022

For additional information, please contact the undersigned.

By:     Lenora Kashner Wittje
           Courtroom Deputy to the Honorable Paul S. Diamond
           Phone: 267-299-7739

Date:   January 31, 2022

cc via U.S. Mail:     Defendant
cc via email:         Noah Gorson, Defense Counsel
                     Arnold R. Silverstein, Defense Counsel
                     Eric L. Gibson, Assistant U.S. Attorney
                     Richard P. Barrett, Assistant U.S. Attorney
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator