Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No. 18344
email arnold.silverstein@gmail.com
1845 Walnut Street # 1300
Philadelphia, PA 19103
(215) 569-4661
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIMINAL NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

MOTION IN LIMINE TO BAR JANUARY 17, 2019 RECORDING BETWEEN COOPERATING DEFENDANT (DD) AND JOE CUCCINOTTA

1.   Defendant. Michael Myers, is charged with a multi count indictment alleging conspiracy, bribery and other charges.

2.   The Government alleges that Myers acting as a political consultant paid Cooperating Defendant, Ward Chairman of the 39th Ward, money to organize the 39th Ward for his candidates and paid him to add false votes in the 36th division of the 39th Ward.

3.   On October 17, 2019 Domenic Demuro recorded a conversation between himself and Joe Cuccinotta, (person who worked elections). In said conversation Demuro made up a story that Defendant Myers wanted Joe Cuccinotta to add 10 votes for a fictitious judicial candidate Mr. Myers was supposed to represent in return for $100.00. Joe agreed to do so.

4.   Defendant Myers moves to bar admission to this conversation on the following grounds: 1) the conversation is not relevant because this fact the fact is of no consequence in determining whether Mr. Myers paid Demuro to add votes for his candidates. See USCS Fed Rules Evid R 401; if the Court were to find this tape relevant it must not be admitted because its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. See USCS Fed Rules Evid R 403.

5.      Defendant reserves the right to object based on hearsay if the Government moves to introduce said fort the truth averred therein.

      WHEREFORE Defendant respectfully requests the Court bar the admission of said evidence at trial.

RESPECTFULLY SUBMITTED:

BY: _/s/ Noah Gorson_
      NOAH GORSON, ESQUIRE
      ATTORNEY FOR DEFENDANT

BY: _/s/ Arnold Silverstein_
      ARNOLD SILVERSTEIN, ESQUIRE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date of March 31, 2022.

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney's Office
Eastern District of Pennsylvania
**Assistant United States Attorney
Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

BY:   /s/ Noah Gorson
           NOAH GORSON, ESQUIRE