IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 20-210** |
| **MICHAEL "OZZIE" MYERS** | : | |

**O R D E R**

AND NOW, this _____ day of April 2022, in consideration of defendant's motion *in limine* to bar government use of January 17, 2019, audio recording, and the government's response thereto, it is hereby

O R D E R E D

the defendant's motion is DENIED as moot.

BY THE COURT:

_____
HONORABLE PAUL S. DIAMOND
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 20-210 |
| MICHAEL "OZZIE" MYERS | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO BAR GOVERNMENT USE OF JANUARY 17, 2019, AUDIO RECORDING**

The United States of America, by its attorneys, Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania, and the undersigned attorneys, hereby responds to defendant's motion *in limine* to bar the government from introducing a January 17, 2019, conversation between a cooperating witness and a third party.[1]

Defendant Myers contends that the Court should preclude the government from introducing the conversation between a cooperating defendant and a third party because the conversation is not relevant or, if relevant, the probative value of the recorded conversation is outweighed by "unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."  ECF No. 87 at ¶ 4.  Myers' motion in limine was not accompanied by any additional analysis to support his argument.

The Court need not rule on defendant Myers' motion *in limine* at this time.  The government does not intend to introduce the recorded conversation between the cooperating defendant and the third party in its case-in-chief.

WHEREFORE, for this reason, the government respectfully submits that defendant's

---

[1] In the body of his motion, defendant Myers referred to the recording as the October 17, 2019, recording.  This is a mistake as no such recording exists.

1

motion *in limine* to preclude the government from introducing a January 17, 2019, conversation between a cooperating witness be denied as moot.

                                            Respectfully submitted,

                                            JENNIFER ARBITTIER WILLIAM
                                            United States Attorney

                                            */s/ Richard P. Barrett*
                                            RICHARD P. BARRETT
                                            ERIC L. GIBSON
                                            Assistant United States Attorneys

Dated: April 15, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Government's Response to Defendant's Motion *in limine* to bar government use of January 17, 2019, audio recording has been served upon all counsel of record electronically and via ECF.

                                            *s/Richard P. Barrett*
                                            RICHARD P. BARRETT
                                            Assistant United States Attorney

Dated: April 15, 2022