Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No.
email arnold.silverstein@gmail.com
123 S. Broad Street #2140
Philadelphia, PA 19109
(215) 569-4661                                                      Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| VS. | : | CRIMINAL NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

**MOTION TO CONTINUE TRIAL DATE**

TO THE HONORABLE, THE JUDGE OF THE SAID COURT:

Defendant, Michael "Ozzie" Myers, by and through co-counsel, Noah Gorson and Arnold Silverstein ("counsel"), requests a continuance of the trial date in the above, and in support of this motion state:

1.  The above captioned matter was commenced by way of Indictment on or about July 21, 2020, a The Superseding Indictment was subsequently filed on or about October 21, 2021.

2.  Pursuant to the Court's most recent Scheduling Order, this matter is set for trial on June 7, 2022.

3.  Due to the age and physical condition of Defendant and defense counsel Arnold Silverstein, they remain immunologically at risk for Covid infection.

4.  A jury trial will expose all participants to the risk of Covid infection and individuals, such as Defendant and Mr. Silverstein are especially at risk for more severe forms of this virus.

5.  Defense counsel respectfully requests a continuance of the of trial date to September 12, 2022, due to the resurgence of Covid cases in the Philadelphia region.

6. The ends of justice and the need to ensure the safety of all participants, Including prospective jurors, will be served by granting this request and clearly outweigh the interest of the public and the Defendant in a speedy trial as defined in 18 U.S.C. § 3161.

7. Defendant agrees to such a continuance.

8. This motion is filed in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED:

BY: /s/ Noah Gorson
NOAH GORSON, ESQUIRE
ATTORNEY FOR DEFENDANT

BY: /s/ Arnold Silverstein
ARNOLD SILVERSTEIN, ESQUIRE
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date.

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney=s Office
Eastern District of Pennsylvania
**Assistant United States Attorney**
**Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

BY: _/s/ Noah Gorson_
NOAH GORSON, ESQUIRE