**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 20-210** |
| : | |
| **MICHAEL "OZZIE" MYERS** : | |

### O R D E R

**AND NOW**, this 13th day of May, 2022, upon consideration of Defendant's Motion to Continue Trial (Doc. No. 90) and the Government's Response (Doc. No. 93), it is hereby **ORDERED** that Defendant's Motion (Doc. No. 90) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.