IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 20-210 |
| | : | |
| MICHAEL "OZZIE" MYERS | : | |

## O R D E R

**AND NOW**, this 20th day of May, 2022, upon consideration of the Government's unopposed Motion for Extension of Time to File Trial Documents (Doc. No. 95), it is hereby **ORDERED** that the Government's Motion (Doc. No. 95) is **GRANTED in part** as follows:

1. The Parties shall jointly submit proposed jury voir dire questions, jury interrogatories, verdict sheets, and proposed jury instructions **no later than May 23, 2022 at 12:00 p.m.** The Parties shall individually submit any proposed questions, interrogatories, sheets, or instructions upon which the parties, AFTER CONFERRING, cannot agree **no later than May 23, 2022 at 12:00 p.m.**;

2. Additionally, if a model jury instruction is submitted, the Parties shall state in a separate submission the source of the model instruction and whether it is unchanged or modified. Any modifications shall be underlined and deletions shall be placed in brackets. All such submissions shall also be filed **no later than May 23, 2022 at 12:00 p.m.**; and

3. The Government shall file a trial memorandum with the Clerk of the Court and serve a copy on the defendant and Chambers **no later than May 23, 2022 at 12:00 p.m.**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.