IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR A
WRITTEN JURY QUESTIONNAIRE REGARDING COVID-19**

The United States of America, by its attorneys, Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania, and the undersigned counsel, respectfully proposes issuing a written questionnaire to prospective jurors in addition to conducting the regular in-person oral *voir dire* process on the day of trial.   There are several advantages to using a written questionnaire in advance of bringing prospective jurors to the courtroom for jury selection in this case.   The answers to the questions may identify persons who should not or cannot participate as jurors in the trial for reasons related to the pandemic.   Using the written answers to narrow the number of prospective jurors brought to the courtroom for in-person *voir dire* may aid the process of impaneling an impartial jury under the circumstances of this case.   Reducing the number of prospective jurors brought to the courtroom through the screening process afforded by questionnaires may serve an ancillary purpose – alleviating concerns about large, indoor concentrations of persons during the pandemic.   Defense counsel does not object to this request.

**I.     INTRODUCTION**

In this case, former U.S. Congressman Michael "Ozzie" Myers is charged by Indictment

1

with conspiring to violate voting rights by fraudulently stuffing the ballot boxes in multiple elections in Philadelphia's 39th Ward for specific political candidates, bribery of an election official, falsification of records, voting more than once in federal elections, and obstruction of justice.  Presently, trial is scheduled for June 7, 2022.

II.	**A JURY QUESTIONNAIRE WILL BENEFIT THE ADMINISTRATION OF JUSTICE IN THIS CASE BY MORE EFFICIENTLY AND EFFECTIVELY IDENTIFYING COVID-19 PANDEMIC RELATED ISSUES FOR PROSPECTIVE JURORS**

    **A. Written Jury Questionnaires Offer Advantages Over Oral *Voir Dire* Alone**

Federal Rule of Criminal Procedure 24 vests in district courts broad discretion to control the nature and extent of the examination of potential jurors.  Fed. R. Crim. P. 24; *see Mu'Min*, 500 U.S. at 424.  This discretion extends to the decision to submit a jury questionnaire to prospective jurors prior to trial.  *See United States v. Martinez-Salazar*, 528 U.S. 304, 308 (2000) ("Prior to jury selection, the District Court gave the prospective jurors a written questionnaire.").

A written jury questionnaire is beneficial because of the ongoing COVID-19 pandemic. In these pandemic circumstances, oral *voir dire* alone is likely to fall short.  Simply asking jurors publicly, in an open *voir dire* setting, about this topic may do little to avoid potential difficulties related to COVID-19.  Answers provided on the questionnaire may by themselves identify prospective jurors who should be stricken for cause, obviating the need for those individuals to appear in the courthouse for in-person screening during the oral *voir dire*. Eliminating those prospective jurors early can reduce concerns about large, indoor concentrations of persons during the pandemic.  The government has consulted with defense counsel, who have no objection to the use of the attached proposed written questionnaire and

believe it would be quite useful.

**III.     CONCLUSION**

To ensure that the jury empaneled for the trial of this matter will be fair, impartial, and able to serve safely, the United States respectfully asks this Court to consider using the attached written jury questionnaire directed exclusively at COVID-19.   The government also respectfully requests a discussion on this motion at the final pretrial conference.

                                          Respectfully submitted,

                                          JENNIFER ARBITTIER WILLIAMS
                                          United States Attorney

By:

                                          */s Eric L. Gibson*
                                          ERIC L. GIBSON
                                          RICHARD P. BARRETT
                                          Assistant United States Attorneys

Dated:   May 23, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Government's Unopposed Motion for a Written Jury Questionnaire Regarding COVID-19 has been served upon all counsel of record electronically and via ECF.

*/s Eric L. Gibson*
ERIC L. GIBSON
Assistant United States Attorney

Dated: May 23, 2022