COVID-19 QUESTIONS

(1) In light of public health concerns arising over the coronavirus (COVID-19) pandemic, are you asking to be excused for one or more of the following reasons (please circle the letter of the reason(s) below – circle all that apply):

(a) During the past two weeks, you have experienced flu-like symptoms such as a cough, fever, or shortness of breath;

(b) You have traveled outside the U.S. within the last 30 days;

(c) Within the past two weeks, you have been in contact with someone who has been diagnosed with a COVID-19 infection; and/or

(d) You are a healthcare worker directly involved with the treatment of COVID-19.

(2) Jury selection and trial in this case will take place indoors, in a large courtroom in the federal courthouse. Given the COVID-19 pandemic, how concerned are you about attending jury selection or serving as a juror?

___ Very Concerned

___ Somewhat Concerned

___ Not Concerned

(3) Do you believe that you are in a high-risk category for severe illness from COVID-19, due to your age and/or health conditions?

___ Yes

___ No

If you believe you are in a high-risk category due to health conditions, please describe those conditions: _____

_____

(4) Do you believe that anyone in your home or anyone with whom you come into frequent contact, such as a close relative or friend, is in a high-risk category for severe illness from COVID-19?

___ Yes

___ No

If you answered "Yes," are you able to quarantine from this person or persons if you are selected as a juror in this case?

___ Yes

___ No

(5) Jury selection and trial in this case will require special protective measures because of the COVID-19 pandemic, which will include the use of masks, and may include social distancing. Are you able to comply with the Court's Order to wear a mask as part of jury selection and if, selected as a juror, during trial in this case?

___ Yes

___ No

(6) Will the use of special protective measures during jury selection and trial in this case, such as masks and social distancing, affect your ability to be a fair and impartial juror?

___ Yes

___ No

(7) Have you been vaccinated against COVID-19?

____Yes, at least two weeks have passed since I received either (i) a dose of the COVID-19 vaccine manufactured by Johnson & Johnson, or (ii) a second dose of the COVID-19 vaccine manufactured by Pfizer-BioNTech or Moderna.

____No, I have not been vaccinated against COVID-19.

____ I decline to answer.

(8) Have you received a booster shot against COVID-19?

____Yes, at least two weeks have passed since I received a booster of either (i) a dose of the COVID-19 vaccine manufactured by Johnson & Johnson, or (ii) a second dose of the COVID-19 vaccine manufactured by Pfizer-BioNTech or Moderna.

____No, I have not received a booster vaccination against COVID-19.

____ I decline to answer.