IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 20-210 |
| MICHAEL "OZZIE" MYERS | : | |

### GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States of America, by its attorneys, Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania, and Eric L. Gibson and Richard P. Barrett, Assistant United States Attorneys for the district, respectfully submits the following proposed voir dire questions and requests leave to file any supplemental voir dire questions as may appear necessary and proper.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
United States Attorney

s/ Richard P. Barrett
ERIC L. GIBSON
RICHARD P. BARRETT
Assistant United States Attorneys

Date: 05/23/2022

**Introduction**

Defendant Michael "Ozzie" Myers is a former Member of the United States House of Representatives. During the period charged in the Indictment, April 2014 through May 2019, defendant Myers was self-employed as a political consultant. It is alleged that he worked on behalf of candidates running for elected office, primarily for candidates running for openings in the Pennsylvania court system. He is charged in the indictment with operating an illegal ballot stuffing scheme in two election wards in Philadelphia, 39th Ward, 36th Division, and 39th Ward, 2nd Division. More specifically, he is charged with bribing local election officials to cast votes on behalf of people who did not appear at the polls to vote. He instructed the local elections officials to cast votes for candidates who had retained his services. He is also charged with civil rights violations arising out of the alleged ballot stuffing scheme and obstruction of justice.

1. Have you heard or overheard anything about this case from anyone, or have you seen, heard, or read anything about this case on radio or television, or in the newspapers or on the Internet? If so, have you formed opinions about this case?

2. Do you think that your verdict would be affected by anything that you may have seen, heard or read about this case?

3. Do you know the defendant Michael "Ozzie" Myers, or do you, or any member of your immediate family, or any close friend, have any connection of any kind with the defendants?

4. Are you familiar with the Philadelphia election wards 39th Ward, 36th Division, and 39th Ward, 2nd Division?

**Politics, Local Government, and Elections**

5. Have you, members of your immediate family, or your close relatives or friends ever donated money to, or have you ever worked on a campaign with Michael "Ozzie" Myers or any members of his family?  Have you, members of your immediate family, or your close relatives or friends ever donated money to, or have you ever worked on a campaign against Michael "Ozzie" Myers or any members of his family in any election?

6. Have you, members of your immediate family, or your close personal friends ever worked for a political party or held a position in a political party?

7. Have you, a family member, or a close friend, either currently or in the past, ever worked for the City or County of Philadelphia? If so, what was the nature of the work?

8. Have you, a family member, or a close friend, either currently or in the past, ever worked for the First Judicial District of Pennsylvania, that is, the court system for the City or County of Philadelphia? If so, what was the nature of the work?

9. Do you have any opinion regarding political or city officials that would affect your ability to render a fair and impartial verdict in this case?

10. Do you have any views about the government or politics in Philadelphia or Washington DC that would make it difficult for you to be a fair and impartial juror?

11. You will hear testimony about election day procedures in Philadelphia and the various responsibilities of official working at the polls.  More specifically, you will hear testimony about the election day duties and responsibilities of Judges of

Election, Majority inspectors, Minority inspectors, Clerks, and Voting Machine inspectors. Have you or any of your family members ever served in such positions?

12. Do you follow nation or local politics closely?

13. Do you have any opinions about politics, politicians, political operatives, political campaigns or campaign finance that might make it difficult for you to be a fair and impartial juror in this case?

14. Do you have any opinions about politics specifically within or around Philadelphia or Philadelphia-based politicians or political operatives that might make it difficult for you to be a fair and impartial juror in this case?

15. Have you made political contributions to candidates for federal, state, or local office?

16. Do you harbor any beliefs or opinions regarding the political process or elections that would lead you to favor either the government or the defendant in this case?

## **Organized Labor**

17. You may hear testimony that defendant Michael "Ozzie" Myers performed political consulting work on behalf of organized labor and worked to support candidates favored by organized labor, specifically Local 98 of the of the International Brotherhood of Electrical Workers. Do you have any familiarity or connection with Local 98 of the International Brotherhood of Electrical Workers, also known as "Local 98"?

18. Are you related by blood or marriage to any present or former member of Local 98, or do you have any friends who are members of Local 98? If so, would this familiarity –whether through blood relationship, marriage, or friendship -- effect in any way your ability to serve as a juror in this case?

19. Are you, a member of your family, or anyone close to you a member of any labor union or employed by any labor union?  If so, which labor union? Did/does the union member hold any elected or appointed position or office in the labor union? What was the position or office?

20. Do you have any feelings or beliefs regarding labor unions specifically, or in general, which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

### Attorneys

21. Do you know counsel for the government, Eric Gibson and Richard Barrett, or counsel for the defendants, Noah Gorson and Arnold Silverstein?

22. To your knowledge, has any lawyer in this case ever acted either as your attorney, or as the attorney for any of your immediate family members or close friends?

### Witnesses

23. Among the individuals who may be called to testify by the government and by the defense or whose names may be mentioned [refer to List of Witnesses]. Do any of you know personally, or have dealings with, any of these people or their families?

### Law Enforcement, Investigative Techniques, Government

24. The investigation in the criminal case was conducted by the Federal Bureau of Investigation, the U.S. Department of Justice, and the United States Attorney's Office. Do you, or does any member of your family or close friend, have any involvement with any of these agencies?

25. Do you have any feelings or beliefs regarding these specific law enforcement agencies – or about federal agencies or law enforcement agencies in general -- which

would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

26. Are you now, or have you ever been, in military service or employed by the United States government in any capacity?

27. Have you, or has any member of your family, or any close friend, ever worked as a law enforcement officer, or for any law enforcement agency or private security agency?

28. Would any of you believe or not believe a witness just because s/he is a law enforcement agent or officer?

29. This case involves the use of consensual recordings by an individual cooperating with the FBI of in person meetings and phone calls.  The agents also conducted undercover surveillance. These are lawful and proper investigative techniques.  Do you have any opinions about undercover surveillance, or the use of consensual recordings made by a person cooperating with the FBI that would prevent you from rendering an impartial verdict?

30. You may hear testimony from witnesses who have received immunity; meaning that their testimony cannot be used against them. Immunity agreements are lawful and proper. Do any of you believe that witnesses should not be offered immunity, or do any of you think immunity agreements are improper?

31. Several key government witnesses are expected to testify that they participated in the crimes charged in the Superseding Indictment. These witnesses have pled guilty and are testifying pursuant to cooperation agreements with the government in hopes that their own sentences will be reduced. Do you hold any beliefs or opinions that would

affect your ability to evaluate such testimony from such witnesses fairly and impartially?

## Capacity to Serve as Juror and Hardship

32. Do you have any trouble understanding or reading the English language?

33. Do you have any medical or physical issues, that is, any physical or emotional disability, impairment, or condition that would make it difficult for you to serve as a juror in this case?

34. Does anyone in your family require medical or other special attention or care which would require your presence and assistance during the trial of this case and which could not be provided by anyone else?

35. Are there any job issues or other reasons why jury service in this case, estimated to last approximately one week, would present an undue hardship for you?

## Miscellaneous

36. Are you, or any members of your family, close friends, or work associates either attorneys or have you or they had any training in the law? If so, what type of law do they practice?

37. Have you or any member of your family, or any close friend, ever been the victim of a crime or charged with a crime? If yes, please explain at sidebar.

　　　　[If victim - was anyone arrested or prosecuted for the crime?   If so, were you satisfied with the way the police, the lawyer, and the courts handled the case?]

　　　　[If charged – what happened with that case?   Were you satisfied with the way the case was handled by the police, the lawyers and the court?]

38. Have you otherwise been involved in a criminal case as a witness or in some other capacity? If yes, please explain at sidebar.

39. Have you ever had, or do you anticipate having, any claim or dispute with or against the United States government?

40. Are you, a family member, or close friend or business associate the member of any organization whose members engage in the study of, protest against, or otherwise express dissatisfaction with the substance, form, or enforcement of federal criminal laws or the Department of Justice generally?

41. Have you ever been a juror before? If yes, where, when, and was it a civil or criminal case? Without telling us the outcome of the case, did the jury in that case reach a verdict?

42. Do you have any opinions, religious beliefs, philosophies, or prejudices that might make you unable to come to a fair and impartial verdict in this case?  For example, do you believe that no person should ever be judged or convicted?  Do you feel that you could not judge another human being for a criminal act, whether on religious, moral, personal or any other ground?  If yes, please raise your hand.

43. Does anyone believe that a person is guilty just because they are here in court?  If yes, please raise your hand.

44. Would the religion, race, color, sex, or ethnic background of a witness influence whether you believe his or her testimony?  If yes, please raise your hand.

45. The defendant in a criminal case is allowed to testify if he or she wishes, but is never required to testify. Under the law, jurors are not allowed to hold against the defendant

because he or she chooses not to testify. Do you believe that you would have trouble following this rule? If yes, please raise your hand.

46. If you were representing the government or the defendant in this case, is there any reason why you would not be content to have the case decided by someone in your frame of mind? If yes, please raise your hand.

47. If you are selected to sit on this case as a juror, will you have any trouble rendering a verdict based solely on the evidence presented at the trial and the law as I give it to you in my instructions, regardless of any other ideas or personal beliefs about the law you may have? If yes, please raise your hand.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served by Electronic Court Filing upon Arnold Silverstein, Esquire and Noah Gorson, Esquire, counsel for the defendant.

/s/ Richard P. Barrett
ERIC L. GIBSON
RICHARD P. BARRETT
Assistant United States Attorneys

May 23, 2022