Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No.
email arnold.silverstein@gmail.com
1845 Walnut Street #1300
Philadelphia, PA 19103
(215) 569-4661                                    Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

            VS.                   :          CRIMINAL NO. 20-CR-210

MICHAEL "OZZIE" MYERS"            :


**MOTION TO CONTINUE SENTECING**

TO THE HONORABLE, THE JUDGE OF THE SAID COURT:

Defendant, Michael "Ozzie" Myers, by and through co-counsel, Noah Gorson and Arnold Silverstein ("counsel"), requests a continuance of the sentencing hearing scheduled in the above, and in support of this motion state:

1.      On or about July 21, 2020, Mr. Myers was indicted in the above captioned matter and charged in Count One with conspiracy to deprive persons of civil rights 18 United States Code § 241 and related charges in Counts Two through Eight.

2.      On or October 12, 2021, a Superseding Indictment was filed in the above captioned matter adding five (5) additional counts, allegedly involving three (3) additional Philadelphia voting divisions: 39th Ward 2nd, 11th, and 16th Divisions.

3.      On June 20, 2022, Mr. Myers pleaded guilty to Counts 1, 2, 8, 10 and 12 of the Superseding Indictment.

4.      Mr. Myers' sentencing hearing has been scheduled for September 27, 2022.

5.      The draft Presentence Investigation Report was prepared on August 22 and provided to counsel on August 26, 2022.

6.      Due to Mr. Myers' advanced age, physical health condition and the physical

health condition of his family members, specifically his wife, daughter and brother, Matt Myers counsel has been hampered in obtaining the necessary medical records to conduct a substantive sentencing hearing as required by §3553(a).

7.      Mr. Myers has been unable to complete his medical examinations with examinations currently scheduled for later this month with a new primary care physician as his previous physician retired, and a pain management clinic as recommended by the neuro surgeon who has been examining him post-operatively from the anterior cervical discectomy with fusion procedure.

8.      Mr. Myers' brother Matt Myers, has been unable to assist counsel as his wife has been hospitalized on a regular basis since February due to a severe stomach condition which required surgical intervention and a diagnosis of cancer, which will be treated once the stomach condition has stabilized.

9.      Ethel Myers, defendant's wife, currently suffers from a myriad of medical issues, including asthma, atrial fibrillation, hypertension, and cancer, and relies upon Mr. Myers for all her transportation.

10.     Kelly Ann Trush, Mr. Myers' daughter, has colon cancer and currently is undergoing chemotherapy, thus she has been unable to assist counsel.

11.     All these individuals had anticipated testifying at the sentencing hearing; however, as a result of the above circumstances their ability to attend is tenuous and there has been difficulty in their ability to assist in identifying those individuals form the community that counsel understood would be attending.

12.     In addition, for needing time for Mr. Myers to complete his examinations with his primary care physician, audiologist and pain management clinician, counsel needs additional time to obtain narrative reports from these medical care providers to allow the court to properly consider §3553(a) factors.

13.     For all the above reasons counsel is requesting that the sentencing hearing be continued.

RESPECTFULLY SUBMITTED:


BY:   /s/ Noah Gorson
      NOAH GORSON, ESQUIRE
      ATTORNEY FOR DEFENDANT



BY:   /s/ Arnold Silverstein
      ARNOLD SILVERSTEIN, ESQUIRE
      ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following in the manner indicated on today's date of September 8, 2022:

ECF

**Honorable Paul S. Diamond**

U.S. Courthouse

601 Market Street, Room 14614

Philadelphia, PA 19106-1773

ECF

Department of Justice

United States Attorney=s Office

Eastern District of Pennsylvania

**Assistant United States Attorney**

**Eric Gibson, Esq.**

615 Chestnut Street, Suite 1250

Philadelphia, PA 19106-4476

**BY:** _/s/ Noah Gorson_

NOAH GORSON, ESQUIRE