IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| v. | : | |
| MICHAEL "OZZIE" MYERS | : | NO. 2020-210 |

## ORDER

AND NOW, this 12th day of September, 2022, upon consideration of Defendant's Motion to Continue Sentencing (Doc #107) scheduled for September 27, 2022 and the Government's Response in Opposition, it is hereby

ORDERED that Defendant's Motion to Continue Sentencing is DENIED.

IT IS SO ORDERED:

Paul S. Diamond /s/

_____
PAUL S. DIAMOND, J.