**Noah Gorson**

| | |
|---|---|
| **From:** | Joe Black <blackiej369@gmail.com> |
| **Sent:** | Thursday, September 15, 2022 2:08 PM |
| **To:** | Noah Gorson |
| **Subject:** | Michael Myers |

Hi my name is Joe Black I am a retired Philadelphia Police Officer and I am writing this letter on behalf of Michael Myers.  I have know Mike for 50 years he has always been a man willing to help anyone in his community and beyond.  It never matter to him how big or small an issue was in the community he was always the first one to reach out with help or advise the right solution.  He made a mistake in life as we all have.  Who better then him to perform community service for his mistakes.

Sincerely
Joseph Black



UNITED STATES
AMATEUR BOXING, INC.

**Anthony G. Bradley**
2004 Assistant Olympic Boxing Coach

2721 S. Marshall St.
Philadelphia, PA 19148
(919) 333-7766
(215) 755-2371



To Whom It May Concern,

My name is Anthony Gary Bradley. I am a 24year retired Master Sargent from the United States Army Special Forces. After retiring I became a National Registered Coach for the United States Olympic boxing coach program. In 2004 I was the assistant boxing coach for "TEAM USA OLYMPICS" in Athens Greece. Was awarded as the United States Olympic Committee Boxing coach of the year in 2003.

Am writing this character letter for Mr. Michael Ozzie Myers. I have known Mr. Myers since I was 8yrs old. He has been a father figure and friend through out the years. He has been a role model to me and to many of the youth in the South Philadelphia area. He sponsors several sporting events yearly. He has kept the youth off the streets, steerring them away from negative influences. He has always inspired the youth with positive sporting activities and study classes. Mr. Myers would take time out from his busy schedule by coming to the schools and talking to our teachers and advisors by checking on our progress. I remember several times where he would counsel me on the importance of education and staying away from gangs and negative influences. He has taught me to be selfless and not selfish. He is one of the reasons for my success in the United States Army Special Forces and my excellent achievement in the United States Olympic Boxing Program. I am at the age of 66 years old and currently am a registered coach at the United States Olympic Boxing Program out of Colorado Springs, Co. I to mentor young men and woman just as Mr. Myers did in which whom have become professional coaches, Police Officers, Doctors, Fire Fighters, and Lawyer and in other professionals careers.

Thank You

*Anthony Gary Bradley*

Anthony G. Bradley
617 Chelsea Pl Apt A
Newport News, VA 23603-1242



*Mary's*
# CATERING
THE MARKET
AT MAGLIO'S

*Custom Full Service Catering Since 1963*

September 27th, 2021

To Whom It May Concern:

I have known Mr. Ozzie Meyers for the better part of 30 years. I have been in business in South

Philadelphia for the past 40 years. I have attended meetings and social functions with Ozzie and he

Has always been honorable and a gentleman at all times.

It has been a privilege to call him a friend and a colleague. Anything further you need me
speak on feel free to call me at anytime

Thank you

Dominick Collaretti

President / owner

*Mary's*
CATERING
THE MARKET
AT MAGLIO'S

Custom Full Service
Catering Since 1963
**Dom Collaretti**
Owner & Chef
215-880-7909
maryscatering832@gmail.com
kato@maglios.com

3632 S. 3rd Street
Philadelphia, PA 19148
MaglioFoods.com

**Corporate Functions • Social Occasions • Fundraising Events**
215-880-7909 • 267-416-9971 • MarysAtTheMarket@gmail.com
**The Market at Maglio's** • 3632 S. 3rd Street, Philadelphia, PA 19148 • MaglioFoods.com

Re: Michael "Ozzie" Myers

To Whom it may concern:

I am writing this character testimonial on behalf of Mr. Michael "Ozzie" Myers. I first heard of Mike who was known in the neighborhood as Ozzie approximately 50 years ago growing up in South Phila. My mother was a single parent raising 3 kids on her own.  My mother got into a legal situation which she needed help with urgently.  Through a mutual friend my mom was put in contact with Ozzie. Ozzie immediately did what he could and helped resolve the situation and fortunately things turned out okay. I remember how upsetting the situation was and I am confident things would not have worked out the way they did without Ozzie getting involved. This left a very big impression on me as a teenager and for the rest of my life. Over the past 50 years I got to know Ozzie as a community leader and as a family man. I have gotten to know Ozzie and his family very well and have seen first hand what a great husband and father / grandfather Ozzie is. A great family man. I know how hurtful and damaging it would be for his family not having him home for any period of time. He is a very calm and caring person, always willing to get involved, to talk through a problem, share life experience and provide guidance.

Sincerely,

Bill Philpott

To whom this letter may concern:

    Dear courts, I am taking the time to write this letter on behalf of Mr. Michael "Ozzie" Myers. Mr. Myers, whom lives in the local area (South Philadelphia) where we both reside, has help out our community in ways that only an experienced community leader can. We've both crossed paths in life from mutual friends "Vernice Bradley" during community functions and Mr. Myers has always been open to our community concerns within a minority's base.

Mr. Myers has taken the time to listen to our concerns regarding the increase in Asian hate crimes within our community. Being a minority where a lot of our concerns go unnoticed and unheard, Mr. Myers has taken the time to hear our community objectives and spoken out with his years of community service experience that has helped mend, heal and bring unity amongst our community. Mr. Myers has been a staple of our community when in need of advice, words of encouragement and unity among all races within our community. His concerns and community good deeds speak for his character as a person. Mr. Myers is and will continue to be a staple figure to our community when our community is in need of help and guidance.

Courts, I am asking for leniency for Mr. Myers. Mr. Myers has contributed very much to our community base, especially our Asian community base. I am sure there are many other unnoticed good deeds to be spoken for that Mr. Myers has done for our community and for others. Please consider all the contributions Mr. Myers has done and what he has done for others in the community. Thank you for taking the time to read this letter.

Sincerely,

Bobby Voong

# MT ZION PENTECOSTAL CHURCH
## FIRST BORN OF THE LIVING GOD
**1224 – 28 Point Breeze Avenue**
**Philadelphia Pa 19146**
**(267) 997-0558**
**www.mtzionpc.org**

To Whom it concerns,

Having dealt with many individuals from all levels of society, I've come to realize that many lesson(s) my father and mother have said to me over my life have truly become relevant. Having the opportunity to meet Mr. Myers "Ozzie", I have found him to man of his word. Growing up in the neighborhood my father new him growing up over the years. Ozzie has always helped in and aided with various events with the neighbors. Grateful that both my parents are still with us, my father is currently eighty-eight years old to date. He has said "a man of integrity will always stand."

**Bishop L.C. Wright, Jr.**
Presiding Bishop
The Pentecostal Church
First Born of the Living God, Inc.

9-20-2021

To whom it may concern

Subject: Michael Myers

I met Mike and his wife Essie on a trip to Ireland in March 2000. My neighbor had a friend in Philadelphia who organized this trip so the three of us signed up. It was a great trip.

Also on that trip was a girl traveling with her uncle who was in a wheelchair. When we toured they sat in the front seat of the bus. Mike & Essie were across from them and helped every day with the equipment. Often Mike sat with the uncle while she shopped to give her some relief. I don't know how those two would have made out without Mike & Essie.

It was during that trip that we

became friends. Off and on over the years we'd get together it weddings and all too often funerals.

A few times I needed help getting a birth or death certificate and I would call Mike. He knew just who to call to get the information. But He always took the time to help. That's the kind of person he is and I'm happy to know him.

Marge Keffer
910 Jefferson Way
West Chester, Pa 19380

Clinton Barnes

126 East Price Street

Philadelphia Pennsylvania 19144

9/18/2021

I'm writing this letter on the behalf of Michael (Ozzie) Myers.

Mr. Myers is a well-known and respected person in the City Of Philadelphia and a credit to the South Philadelphia neighborhoods and beyond. I attended junior high in the 70s across the street from his home. This gave me first-hand lessons in good citizenship. I got to know Mr. Myers by him telling me to stop dilly-dallying (don't be late) which became a mantra. Years later Mr. Myers helped me get a job with the Teamsters. I was there for fifteen years and became a Stewart, after which I became the PDO of the National Union of American Families. He would still call me reminding me (Don't be late) and to serve the community Mr. Myers inspired me to join the Philadelphia Youth Panel also giving back. Ozzie Myers has helped so many people, he is a noble man who is always willing to help.

King Soloman said a good name is rather to be chosen than riches.

Michael Ozzie Myers has earned a good name.

# COURT REFERENCE LETTER

Corey Scott
2157 N. Dover Street, Phila., Pennsylvania, 19121
(215) 827-6200
ccsbell@aol.com

Date: September 13 2021

To Whom This May Concern,

My name is Corey Scott and proud to offer my recommendation of Ozzy Myers to whom I have personally known for 18 years as my friend.

During my relationship with "Ozzy " Mr Myers I have always know him to be a caring ,generous, honest person. He has always been a champion for democracy and always fights for the little guy. I remember once I had drivers license problems he advised me the route to go and made sure through tireless efforts that my journey was successful he made sure he was there for me every step of the way. I met Ozzy at a political affair 18 years ago, his warm greeting made me feel involved and welcomed. I would always say Ozzy makes and treats everyone like a vip. Which is a testimony of his character, a honest down to earth person that would go the extra mile for friends and family,

Please do not hesitate to contact me if you should require any further information.

Sincerely,

Signature _____
By Corey Scott Date: September 13 2021

**Noah Gorson**

| | |
|---|---|
| **From:** | Blondell Reynolds Brown <brbwin2015@gmail.com> |
| **Sent:** | Saturday, September 25, 2021 1:34 AM |
| **To:** | Noah Gorson |
| **Subject:** | Ozzie Myers: A friend: a reliable |

Good day Mr. Gorson,

This email will serve to share and provide information on the business and professional relationship I was privileged to enjoy for more than 15 years with Ozzie Myers.

I am pleased to report that I, too, am one of the beneficiaries of the good will and good heart of Ozzie Myers.

I met Ozzie as a candidate more than fifteen years ago when I was seeking re-election to the Philadelphia City Council. As a candidate, you meet people from across the spectrum when you are on the campaign trail. You learn quickly that everyone is not who they appear to be. This was not the case for Ozzie Myers. Ozzie was a discerning observant of Philadelphia's locale political process and the personalities therein. Ozzie knew who was for real about their desire to make a difference and who was full of stuff and lacked authenticity.

What I most appreciated about Ozzie is, he told you so. In the world of electoral politics, truth tellers are rare. The attribute of honesty is welcomed.

Like Ozzie, I too come from a close knit family. I am the oldest of seven children, six still living. My mother, my hero, my role model, now an Angel was a widow at age 37 left to raise seven children alone. My Mom instilled in me the value of work ethic, excellence and in life, offer no excuses. Treat people with respect and kindness and this approach will payback in dividends.

On the campaign trail you learn to pay close attention to those citizens who reflect the qualities you learn at home. Such was the case with Ozzie. He worked tirelessly for those candidates he cared about or was committed to. Whenever he gave his word he honored his word. Most importantly he treated me and all of those I witnessed with grace and kindness. You breathe a sigh of release when you see that you are a beneficiary of this treatment in the firestorm of elections.

Life gives us experiences, the good, the bad, the unfortunate. Life should also give us second chances. The Bible says seven.

My friend, Ozzie Meyers is worthy. I am grateful for his support, his friendship and most importantly his encouragement over the years. I submit my letter of unwavering support. It is my hope that every consideration will be given to Ozzie. I repeat he is worthy.

With appreciation,
Blondell

Sent from my iPhone

September 16, 2021

RE: Michael "Ozzie" Myers

To whom it may concern:

I first met Ozzie Myers about 45 years ago. We were both at a mutual friend's party. During my attendance of three hours or so, I talked with Ozzie quite a bit and was able to get to know him. We became friends at that party and have remained so ever since. While talking with him, I realized very quickly that he was genuine. His sincerity in speaking to me made it evident that he was of strong moral character. I could tell he loved his Family, and his friends were "friends". From talking with mutual acquaintances, I discovered that not only was he an honest and sincere individual, but he was also very generous. In the many years that we have been friends, I have personally seen his generosity in action. He would help a friend without hesitation and would, time after time, extend his generosity to his community. It should be noted that I am picky about calling someone a friend of mine. I am extremely proud to call Michael "Ozzie" Myers my friend.

Respectfully,

Joseph D. Nudy

46 Logan Rd.

Reynoldsville, PA 15851

To whom it may concern,

My name is Maurice Floyd, I am a former City Commissioner, political consultant, and lobbyist. I have known Michael Myers for over 20 years, and I wish to express and state my sincerest belief that "Ozzie" as we so affectionately refer to him is an upstanding citizen, with great character who has done a tremendous amount to benefit the community. Ozzie, always has taken an active role in mentoring children, providing support to charities. In my years of knowing Ozzie, he has always been honest, even when doing so does not benefit him. Ozzie is always honest with members of the community and has the utmost integrity in everything that he does.

Conclusively, I ask that Ozzie, be given grace in his judicial proceedings, he is an honest man with an abundance of integrity and deserves a chance to continue serving the community and being a positive member of society.

Signed

Maurice Floyd

September 15, 2021

Mr. Noah Gorson Esq.,

I grew up in the same neighborhood as Michael Myers. I was a young teenager while he was starting his political career, and I remember him always being around to help anyone who needed his services. Mike would walk by and everyone would holler hello to Ozzie, and whether he knew you or not, he would stop and gave a wave or have a friendly conversation with anyone, I wouldn't say I knew him, I just knew who he was.

It wasn't until later in my life, when I was a newlywed and had just purchased my first home, when I found out just how generous and friendly Ozzie really was. It turned out that our first house was right around the corner from where Mike had moved to. I had been doing some renovations in my home, and was replacing my kitchen. My wife and I was trying to put a ceramic tile floor down, and I had really never done that before. I was outside taking a break and it just so happened Ozzie was walking by my house. I said hello to Ozzie and he stopped to talk to me. I explained to him what work I was doing in my house and before I knew it there was Congressman Mike "Ozzie" Myers on his hands and knees on my kitchen floor teaching me how to install my tile. Ozzie spent about 2-3 hours getting me situated and well on my way to creating a beautiful kitchen for my wife and I. From that point on I made a friend for life.

Sincerely Yours,

Christoph Welenc

Christopher Welenc

Valerie Ciafre Renato
4700 City Ave., Apt#10406
Philadelphia, Pa. 19131

September 12, 2021

Re: The Character of Michael Myers

To Whom It May Concern:

I am writing this letter in the hopes that it will help you see what kind of person Michael Myers is, despite the allegations against him.

I have known Michael Myers as a friend for over twenty years. In that time, I have witnessed many honorable traits of Mr. Myers. I have found him to be extremely kind, dependable, and well regarded among his peers.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Mr. Myers to be an honorable individual, a valuable member of the community, and a good human being.

Sincerely,

*Valerie Ciafre Renato*

Valerie Ciafre Renato

September 15, 2021

Re: Michael "Ozzie" Myers

To whom it may concern:

I am respectfully submitting this letter in support of Michael "Ozzie" Myers.

I have been a family friend for close to 40 years. In that time I have come to know that Ozzie has always been a wonderful family man.

I remember when his parents were elderly and how he took great care of them and his siblings.

He was recently there for his sister when she lost her husband. Many years ago he was very kind to my husband. My husband was starting a new business and Ozzie was very helpful in guiding his career.

Ozzie has been involved in helping people throughout his life and very involved in his community. He is a good person.

Sincerely,

Kathy Rush

To Whom it may concern:

My name is Joseph H Evers, I am the retired Court Administrator for the First Judicial District of Pennsylvania, former Prothonotary of Philadelphia and Clerk of Courts. I have known Mike Myers for close to 50 years. I can remember the first time we met. It was September 28th 1972. I had a summer job in Philadelphia Municipal Court, the program was over on September 29th 1972.
I asked my supervisor how I could get a full time job there, He laughed and said see your ward leader. As a 17 year old, I had no idea what a ward leader was.

I went home that day and told my parents that I could get a full time job with the help of a ward leader. My father said it was Mike Myers, who he had been friends with since childhood. He reached out to Mike and he said he'd like to meet me. We spoke for a little while , and he said he would make a call. He told me to do a good job and help everyone regardless of affiliation. I started a full time job the next day.

Over the years Mike had sent countless people to see me for help in matters such as Small Claims cases and Landlord tenant actions. Mike helped everyone with grace and dignity. He was an example to me what a public servant should be. Years later when I was sworn in as Prothonotary, Mike was a guest at the ceremony and later at the reception we had a conversation about his sister who needed a job, she was tested, passed and hired as a receptionist. Perhaps the best thing Mike ever did for me was meeting his sister 2 years later we were married.

As part of the family, I had the opportunity to see more of the things Mike did. He helped everyone, many times without notice. He is non judgmental and believes everybody deserves a break. I personally feel blessed that he had a chance to help me and give me great advice.

Joseph H Evers

September 1, 2021

To Whom it may concern,

My name is John Buck, and I am writing to you regarding Michael "Ozzie" Myers.

I was fortunate enough to meet Mike and the rest of the Myers Family 60 years ago. He was the older brother of my best friend Matt, who I have been friends with since I was 6 years old. Mike was older than we were and would take all of us younger guys out fishing and pheasant hunting. He always treated me like family and made sure we were being good and staying out of trouble. As adults this friendship continued, and we would go to various sporting events and fishing together.

Mike comes from a terrific family and is 1 of 8 siblings. He is very family oriented and has been happily married for over 50 years. Him and his wife have 3 children together, 2 sons and a daughter and multiple grandchildren.

Mike was always a people person, and it is and has been a pleasure to know him.

Sincerely,

John Buck

John Buck



# KATIE KIRLIN FUND

229 Wolf Street
Philadelphia, PA 19148
215-336-5303

**BOARD OF DIRECTORS**

MIKE WARD
JOE ADOMANIS
JOE KIRLIN
ROSEANN KIRLIN
LOU CARBERRY
ED McMANUS
ED HILFERTY
LUCILLE HILFERTY
KERRY KIRLIN MOONEY
JOE "BURGER" KIRLIN
JACQUI COLLINS
JAMIE BOWEN
EDWARD MOONEY
LOUIS P. CARBERRY
GEORGE COLLINS

September 11, 2022

Mr. Noah Gorson, ESQ.
123 S. Broad Street
Suite 2140
Philadelphia, PA  19109

Hon. Paul S. Diamond:

My name is Roseann Kirlin and I am writing today to show my support for Michael "Ozzie" Myers.  I have known Ozzie for over forty-five years and he has always been a presence in the South Philadelphia Community.  Ozzie comes from a very strong Irish Catholic family with good standing traditions in the neighborhood.  Their have been many times when different people have experienced tragedy and he was always willing to help them get in touch with different agencies who could offer assistance.  He was involved in government for many years and he know how difficult it is to get things accomplished.

I am a trustee for the Katie Kirlin Fund, a fund dedicated to helping the disabled population.  This fund was established thirty-two years ago in memory of my daughter, Katie.  Whenever there was an event we could always count on Ozzie's to be there to support us with whatever we needed.

When a person lives among the people he serves he makes it his job to be there and find out how he can help.  Ozzie has done this for so many and continues to do so when he is needed.

*Roseann Kirlin*

Roseann Kirlin,
Trustee, Katie Kirlin Fund



# KATIE KIRLIN FUND

229 Wolf Street
Philadelphia, PA 19148
215-336-5303

**BOARD OF DIRECTORS**
MIKE WARD
JOE ADOMANIS
JOE KIRLIN
ROSEANN KIRLIN
LOU CARBERRY
ED McMANUS
ED HILFERTY
LUCILLE HILFERTY
KERRY KIRLIN MOONEY
JOE "BURGER" KIRLIN
JACQUI COLLINS
JAMIE BOWEN
EDWARD MOONEY
LOUIS P. CARBERRY
GEORGE COLLINS

September 13, 2021

Mr. Noah Gorson, ESQ.
1845 Walnut Street
Suite 1300
Philadelphia, PA  19103

To whom it May Concern:

My name is Joseph P. Kirlin and I am writing today to show my support for Michael "Ozzie" Myers.  I have known Ozzie for over forty-five years and he has always been a presence in the South Philadelphia Community.  Ozzie comes from a very strong Irish Catholic family with good standing traditions in the neighborhood.  Their have been many times when different people have experienced tragedy and he was always willing to help them get in touch with different agencies who could offer assistance.  He was involved in government for many years and he know how difficult it is to get things accomplished.

I am a trustee for the Katie Kirlin Fund, a fund dedicated to helping the disabled population.  This fund was established thirty-one years ago in memory of my daughter, Katie.  Whenever there was an event we could always count on Ozzie's to be there to support us with whatever we needed.

When a person lives among the people he serves it makes it his job to be there and find out how he can help.  Ozzie has done this for so many and continues to do so when he is needed.

*Joseph Kirlin*

Joseph Kirlin,
Trustee, Katie Kirlin Fund

September 13, 2021


Ignacio (Nacho) Perez
2530 S 3rd Street
Philadelphia, PA 19148

To Whom it may concern,

I have had the pleasure of knowing Michael "Ozzie" Myers for 63 years. My family and I moved to the 2544 s. 3rd street in October of 1957. During that time, I attended Our Lady of Mount Carmel school with Michael's sisters Maureen, Peggy, and Michelle. I met Michael around the same time, which was the beginning of our friendship. In the years that we have known each other, Michael has always been a person of good moral character. He is loyal, generous, well respected and an active person in the community.

During the fifties and sixties, being Hispanic, I can recall how people reacted when we moved into the neighborhood. They put a petition together trying to remove us off the street, calling us names and telling us not to walk on their pavement etc. However, Michael was one of the only people in the neighborhood who stood up for us. He never judged anyone because of their race, instead he was the type of person who sought to bring people in the community together regardless of their race or ethnicity.

Michael was always a good role model. He was a leader & inspired everyone around him. On many occasions, Michael would teach kids in the neighborhood how to play sports, where he eventually put together a team & sponsored a league in rough touch football. Looking back, I can thank Michael for this because it formed many friendships that I still have today.

Michael is also someone that is thoughtful, considerate, and generous of others. My family had its first major tragedy in July of 1968 in which our sister died in her home by saving her children in a house fire. Michael and his cousin, Dan put together a benefit for my sister's family, which was completely unexpected, but it brought the whole community together where people saw each other for who they were and not what they were based on their race.

It is my sincere hope that the court takes this letter into consideration. I believe that Michael "Ozzie" Myers is a valuable member to the community, someone that has always been loyal, diverse, trustworthy and all around a decent human being. Anyone who has had the pleasure of knowing Michael would agree. Myself & my family will always be grateful to Michael.


Sincerely,


Ignacio "Nacho" Perez

**Robert E. McCulley**
**Certified Public Accountant**
**Suite 1516**
**Two Penn Center Plaza**
**Philadelphia, PA 19102**

Noah Gorson, ESQ
1845 Walnut Street
Suite 1300
Philadelphia, PA 19103

Re: Michael Myers:

My Name is Robert E. McCulley, CPA. I am a former IRS Special Enforcement Agent, that was detailed to the Philadelphia Strike Force Office in Philadelphia. I was a member of the Treasury Departments Expert & Summary Witness Cadres, Public Speaking and Instructors Cadre.

I am currently a Junior Member of a lobbying firm Headquartered in Philadelphia made up of a former prominent regional and national politician. In addition, I am the managing member of a family nursery and farm in Pennsylvania.

I met Michael about 65 years ago when we were fellow students and altar boys at Mount Carmel Parochial School. Later on we attended Bishop Neumann High School together. Later we were reacquainted after I returned from military service in the 1960s. At that time, I was building a home and establishing a golf course in the Poconos. He agreed to help me and devoted a considerable amount of time and energy on a pro-bono basis and as a result we had hoped to provide jobs and a livelihood for a large group of underprivileged persons in that region.

I have always known Michael to be a kind and generous person. Dedicated to his family and Religion. Knowing Michael has made me a better person from observing him in his treatment of other people. He has on numerous occasions exhibited great empathy toward people that were struggling to understand complex concepts. Never once did I see him lose patience or berate anyone even though I may have been well deserved.

We have stayed in touch over the years and up until just recently had hoped to be co-members in establishing a nursery and farming operation on a 130 acre property in Pennsylvania. We acquired all the requisite materials, prepared the fields for planting and started to rehab the nursery building.

Unfortunately, a lengthly incarceration would be a tragic waste of his god given talent. I for one would be very disappointed. Hopefully you can find a way to deviate from the recommended guidelines and show leniency in this matter.

Bob McCulley

Dear Sir/Madame;                                                        9/13/2021

My name is Jack Prince and I live at 15th and Rodman Streets in Philadelphia. I own and operate Bob and Barbara's Lounge at 15th and South Streets. In addition I have some rental properties in that area and in South Philadelphia.

I have known Ozzie Myers since 1998. We were introduced by a close mutual friend, Joe Sullivan, because I had purchased an old building across from my bar on South Street and I needed advice and help with the renovations. Ozzie and I met and he agreed to consult and give us a hand. My funds were very limited but my energy was high and I had a truck.

At this point in time Ozzie was pretty much retired. Well it turned out that he had a tremendous amount of knowledge in carpentry and about buildings in general. He was very adamant about doing things the right way. He said if you do it the right way the work done would last and be safe. Instead of slapping concrete on a failing brick wall, Ozzie would insist that you take the time and effort to replace weak sections with cinderblock.

Ozzie showed me odd lot building supply houses in North Philadelphia that saved me a lot of expense when buying tile and other supplies. He taught me that if you do the prep work correctly and do the installation correctly, inexpensive tiles can work just fine. I was lucky to have him advising me.

Thanks to Ozzie we finished the building and to this day it houses a restaurant and three apartments that I still own. He assisted me with some other renovation projects over the next few years and we became friends. I got to know Michael Ozzie Myers well over the last couple of decades. He is softspoken- Ozzie likes conversation but I have never seen him get loud or boisterous. He is smart and well liked by many people across all racial, economic and social lines. I've witnessed firsthand many times how he is greeted with genuine warmth by all.

He is the kind of friend you are always glad to see. The type of person that will help you if he can and that you would be happy to help if you could. Nothing to do with money, just friendship. I knew his brother Matt worked in the Register of Wills office in Philadelphia. My dear friend Nate Wiley, a lifelong resident of North Philly, needed to process his parents estates so he could put the house in his name. Mr. Wiley did not have an estate lawyer so I told Ozzie, who put Nate Wiley in touch with his brother in the Wills office. The estates got settled and the deed updated, making Nate Wiley a happy man. Now he could will the house to his longtime companion, which he did.

In closing I would like to say I am grateful for the opportunity to shine a positive light on my friend, Michael Ozzie Myers. I know him to be a good man and a good citizen.

Sincerely,

Jack Prince

September 9, 2021

Noah Gorson, Esquire

Re: Michael "Ozzie" Myers

Mr. Gorson;

It with pleasure that I write in support of Michael Myers. I have known him for more than fifteen years, and in that time, I can say that I know him to be an honest and decent man. The characteristics I can speak about are his generous spirit and respect for people who did not always get the best treatment from others.

One example to support my claims is how Ozzie treated me. Years ago, when I was a committee person in the 30th Ward, Ozzie talked to me about how I could best serve my community in getting out the vote. (I lived in a different part of the city from Ozzie.) I knew nothing about being a committee person and he informed on how to connect with the people in my division, leaflet, and register new voters. He told me how to get my neighbors together to get city agencies to clean lots and plant trees. I learned a great deal from him, and he was always willing to help me. Most of all, Ozzie never asked me for anything in return. He was always very pleasant and kind.

Another way I can attest to Ozzie's generosity and decency is how he treated people who were down on their luck. My husband Timothy, who has worked for Ozzie for many years, knew a man who worked odd jobs as a laborer. This man was almost homeless and living on handouts. His hygiene was poor and most of the neighborhood people avoided him. After his acquaintance with Ozzie, he worked steadily for him as a laborer. What is important to me about this relationship is that Ozzie paid this man decent wages and helped him get on his feet. He treated him with respect and not like a derelict.

This is not the only case I know of where Ozzie looked beyond an individual's bad circumstances and helped them. In the cases I know about, he never asked for anything in return.

The Philadelphia community needs more people like Ozzie who are selfless and will do what they can to help others.

Sincerely,

Gail Harrington
1808 Latona St.
Philadelphia, PA 19146
(215) 731-1403

September 8, 2021

Re: Michael "Ozzie" Myers

To Whom This May Concern:

I'm writing this letter on behalf of Michael Myers. I met Mike Myers around 1970, and have had the pleasure of knowing him for over 50 years. I grew up with his younger brother, Matt and we became friends. At that time, we would do odd jobs for Mike, as he was running for a PA House seat. This included putting up election posters in the community.

I have been in Mike's presence many times over the years and, in my opinion is a man of exceptional character, who would stop what he is doing to help out anyone who needed his help and not expect anything in return.

I have been in his offices, and witnessed the help that he gave to members of the community. He always put forth an effort to see that these people were heard, and that their requests were handled promptly and as best as they could. I've never witnessed Mike turn down any requests to help people. Neighbors would knock on his door at all hours of the day and make various requests. Mike always made an effort to see that these things were taken care of for them, wherever possible. These were all things he kept private because many of them were of a personal nature.

I have been on vaction with him and his wife Essie. We went to Key West together with Mike and his wife, and his brother Matt and his wife Joanne. Mike treated me and my wife to a few lunches and dinners, even though I tried to take the check myself. He would not let me pay for much. We have stayed at their house in the Poconos, been fishing with him, and went to Phillies games with him.

Mike is a loving father and grandfather, and takes good care of his family. He makes sure they have everything they need and, of course, has spoiled his grandchildren as any grandfather would.

In addition to his family, Mike also helps his friends. I have seen Mike take one friend in particular, an older man named Frank K. to the store to buy him socks, underwear, clothing and a few other items because he was in dire need and could not afford even the most basic things. I've also seen him buy another friend, Jim C. and his family Christmas Dinner numerous times over the years, as they were struggling to make ends meet. When Jim was hurt and not able to work, Mike made sure he had money to get by.

I feel Mike Myers is one of the FINEST men I have ever known and it is a pleasure knowing him.

Daniel Elliott

Daniel Elliott

9/21/20

To Whom it may concern

I met Ozzie Myers in Dec. 1976, so it's been Almost 45 years. Over the years we have hunted and Fished together many times. My wife and I have spent time with Ozzie and Essie in Philadelphia and the Pocono's. Over the year's we have come to know Ozzie's whole Family and love them. My late Father considered Ozzie one of the greatest friends he ever had. I can remember him helping my father out with a problem at work which resulted in him getting the promotion he was entitled to. I remember times when visiting Ozzie and Escie the phone or door-bell would ring and it would be one of Ozzie's neighbors calling with a problem. He alway took time to talk to them and see what he could do For them. Ozzie and his Family. Ozzie is a very devoted father, grandfather, Brother and Brother-in-law he Love's his Family very much. My Father always said your Friends are just an extension of your family. I can honestly say Thank You For the Friend's and Friendships we have made through knowing him!

Sincerely Wes Lomison

## EDWARD C. CORYELL

APPRENTICE AND LEARN A "TRADE"
OZZIE PERSONALLY REFERRED MANY,
MANY PEOPLE IN HIS COMMUITY THAT
TODAY ARE JOURNEYMEN CARPENTERS
AND EARNING A GOOD LIVING.

Edward Coryell
RETIRED BUSINESS
MANAGER CARPENTERS
UNION

## EDWARD C. CORYELL

TO NOAH GORSON, ESQ.

I HAVE KNOWN MICHAEL "OZZIE" MYERS
FOR OVER 45 YEARS. WHEN I FIRST MET
OZZIE I COULD TELL HE WAS A GOOD
PERSON. OZZIE WAS ALWAYS TRYING
TO HELP YOUNG PEOPLE IN HIS
NEIGHBORHOOD...BY ENCOURAGING
THEM...THAT IF THEY WERE NOT GOING
TO GO TO COLLEGE THAT THEY
SHOULD TRY AND BECOME AN

August 9, 2021

# THOMAS J. KELLY, JR.

1919 Chestnut Street, Apt. 2215
Philadelphia, PA 19103

To whom it may concern:

"Ozzie" Meyers and I have been friends for over 45 years. In many respects, more family than friend.

He and his wife attended the weddings of our daughter and sons, and in earlier days, attended every religious ceremony as well, First Communions and Confirmations of our three children.

Our family as well was always included in whatever was occurring in the Meyers family with their three children.

In 2011, our older son, then 43 years old, with 4 children of his own, have a very unfortunate, unnecessary incident at HUP. He was hospitalized in the Neuro-Intensive Care unit for 8 weeks where he was in an induced coma for over four weeks.

During that time, Ozzie was a fixture at the hospital offering encouragement for me and our family. He continued with genuine concern when our son was transferred to Magee Rehabilitation for treatment for the two strokes he suffered at HUP. He was there for 6 more weeks.

Our family will never forget the caring felt for our son and us during this time. Just a few incidents where he showed his love for us. We are all eternally grateful, Tom Kelly

# Frank DiCicco Associates

1617 John F. Kennedy Blvd. Suite 1250
Philadelphia, PA 19103

Frank DiCicco, *partner*
Carl Engelke, *partner*
Andrew Zalenski, *associate*

Office: 267-928-2342
Fax: 267-928-4022

**VIA HAND DELIVERY**

**September 10, 2021**

Noah Gorson, Esq.
1845 Walnut Street
Philadelphia, PA 19103

**RE:    Mr. Michael Myers**

To Whom It May Concern:

I am writing to share my own thoughts, opinions and personal experiences concerning Michael "Ozzie" Myers.

I met Ozzie more than forty (40) years ago and have always known him to be an honorable, dependable and enthusiast individual. My long relationship with Ozzie is both personal and professional in nature.

Ozzie has provided invaluable support and advice not only with my own political career, but also generously helped my son with his judicial aspiration. Through the numerous elections my son and I have been involved, Ozzie's help came without hesitation or expectation of anything in return, including payment of any kind.

Interestingly, much of Ozzie's assistance came in the form of acquiring political support from ward leaders throughout the City of Philadelphia. It is my belief that he was only able to do so because of his long-standing reputation as a respectable member of a political world which is sadly full of many individuals quite the opposite.

I find being asked to opine upon someone's character a daunting task, especially when my overall opinion is of such a positive nature. If limited to a few words as I am here, I would suggest that Ozzie is what the Jesuits try to teach us to be and what I wish for my kids and grandkids; that is "A Man for Others."

Anyone who knows Ozzie can't help but admire the unconditional love he expresses for his family. Knowing that Ozzie commits so much time and energy to caring for his loved ones, especially his wife, warms my heart. Witnessing him come to the aid of his community, whether it be via anonymous financial help to those in need (especially during the holidays) or helping to clean up his neighborhood's parks and playgrounds, makes me proud to call him my friend.

In closing, I would just like to unconditionally state that the Ozzie I have known for so long is a good-hearted, kind, generous, compassionate, honest, upstanding and loving person. Please let me add that Ozzie's reputation in our shared community is no different than my opinion of him which I have now shared with you.

Thank you for your attention.

Respectfully,

Frank DiCicco