September 11, 2022

The Honorable Paul S. Diamond
U. S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA   19106

Dear Judge Diamond,

    I am writing this letter today on behalf of my family requesting leniency for my brother, Michael Myers. We are eight children born to Mark and Margaret Myers. We were raised in a tight knit community, on the same street as many aunts, uncles, and cousins.  Our parents were hardworking, loving, law-abiding citizens. Three of our siblings were schoolteachers and several extended family members were police officers and attorneys   My father died at age 79 after suffering from diabetes and congestive heart failure. Our mother lived into her 80s but suffered debilitating Alzheimer's for close to a decade, which left her incapacitated and unable to live alone. During these years, my siblings banded together and took turns caring for her and cooking meals so we never had to send her to a nursing home. Our oldest brother died at age 72, our eldest sister at 75, and the 4th sibling (younger than Michael), Peg, at age 74 due to congestive heart failure. All 3 of our deceased siblings suffered for several years with their illnesses.

    My brother Michael is also in declining health. He is obviously under a tremendous amount of stress, which has taken its toll on him. He is overwhelmed, humbled to be a burden on his loved ones and as his sister I've noticed certain mental abilities have been compromised.  In addition to high blood pressure, deteriorated hearing ability and constant muscle pain from fall last winter, his personal difficulties coupled with severe anxiety may have led to an increase in alcohol use.  As I mentioned, my mother (as well as several of her siblings) suffered from Alzheimer's disease so I am aware of the signs and I see those signs in my brother. I'm very concerned that a lengthy sentence will equal a death sentence for him.

    I plead with you to consider my brother Mike's declining health and family history when deciding his sentence. He is a loving husband to his devoted wife Essie and dedicated father to his 3 children, 6 grandchildren, and 4 remaining siblings also in declining health.  Frankly, I am concerned about his wife Essie's survival without him. His support, unwavering guidance along with basic household duties as been a part of their lifestyle especially since Essie's cancer.  He is the glue of our family and has always been there for any relative who was down on their luck and needed help.  I implore you for mercy and leniency on my brother so he can live the last chapter of his life devoted to his family.  Thank you for your consideration.

Sincerely,

Maureen Wootten

(215) 435 - 0130

Dear Hon. Paul Diamond,

My name is Erica, and I am Mike Myers niece. I am writing this letter to express my concerns when it comes to his sentencing and how it will affect our family. As we know the past 2 ½ years have been a struggle for everyone with the new world of covid, however the past two years for our family has been complete misery. During this entire process Mike had to bury his little sister and one of his best friends and his daughter was diagnosed with cancer. Mike himself is 79 years old and suffers from his own health issues as well as chronic pain from a broken back injury. Mike is the rock of our family and the glue that keeps us together. Mike is a kind man who has always helped others and does not like to see people suffer. Mike is a husband, father, brother, uncle, grandfather and soon to be great grandfather. His absence from our family will cause a huge impact for his remaining 4 siblings and the rest of our family. I am asking for your consideration Judge, when making your decision on his sentence. Please remember his family will suffer the most during this time.

Thank you,

Erica McDermott

September 1, 2022

Kellyann Trush
9734 Redd Rambler Drive
Philadelphia PA 19115


Dear Honorable Paul S. Diamond,

My name is Kellyann Trush and I am writing this letter on behalf of my father, Michael Myers.  I am one of his three children and would like you to know the man and father that I grew up with and love.

My father has always been a family man, he is one of eight siblings growing up in the Neck section of South Philadelphia. His father worked on the water front unloading cargo ships and when he became of age, so did he. They didn't have wealth, but they had family and supported each other. He loved history growing up and that to my understanding is how he got involved in politics.

I was born in 1970, I'm his second child only girl. At that time, he was in the House of Representatives. I remember him always in a suit and very handsome. During my childhood years my dad always taught me to stand up for what you believe in and to do what is right.

Growing up my dad encouraged community service, we had clean-up days in our neighborhood where we cleaned alley ways, sweep sidewalks, helped elderly neighbors and he wasn't the Forman of these gatherings but a hands on participate. On holidays, we would ensemble fruit baskets to drop off to the church or shelters in our area. A particularly memorable event was in 1976, when my dad organized all neighbors to clean up the neighborhood and paint Stars and Stripes on telephone poles for the Bicentennial, while serving food and drinks to all volunteers.

I had an amazing childhood with summers at the shore fishing or to the Poconos learning about the wilderness.  My dad loves fishing, even though I'm a girl, I learned to bait hooks and enjoyed catching the biggest fish.  My dad was present for all my gymnastic meets and four-hour dance recitals. He taught me how to play baseball with my brothers, because he never wanted to exclude me from being one of the boys. I was the only girl in my 10-12 baseball league and he was proud.

In 2003, I adopted a baby boy, after a long and arduous battle with fertility. My dad was so happy because it was his first and only grandson. His name is Shawn Michael after his father and grandfather. My son is a very big baseball fan and played on many teams as pitcher or short stop.

My father has been an amazing influence on my son, with giving him the opportunity to attend Holy Ghost Prep High School and receive an honors degree to peruse his passion in accounting and criminal justice. He is presently in Penn State University.

In December 2021, two distressing events occurred within our family.  I was diagnosed with stage 3 colorectal cancer and have undergone extensive treatments to fight this disease. I am still in treatment today. I hope to overcome this, but Hope is all I have. My father and family support during this time has kept me going.

Secondly, my dad fell on stairs and severely injured his back and neck. He had to undergo emergency surgery. He had spinal fusion and pins inserted in his neck and lower back. His recovery has been painful and his mobility has declined since this injury.

I ask you, your Honor to take all these things into consideration when making your decision.

Thank you for your time.

Sincerely,

Kellyann Trush

**From:** Noah Gorson
**Sent:** Wednesday, September 14, 2022 7:16 AM
**To:** Arnold Silverstein
**Cc:** Noah Gorson
**Subject:** FW: Mike Myers


**From:** Human Being <glasswoodmetal@gmail.com>
**Sent:** Tuesday, September 13, 2022 11:16 AM
**To:** Noah Gorson <ng@gorsonlaw.com>
**Subject:** Mike Myers

September 13, 2022

Dear Hon. Paul S. Diamond,

Michael J. Myers is my uncle. Without his guidance during my very turbulent teenage years, I would never have become the man I am today. I stayed with my Aunt Essie and Uncle Mike many summer months in the Poconos fishing, hunting (poorly) and just exploring the outdoors. Activities not otherwise possible to a fatherless kid from South Philly. Mike Myers may have been many things in his life but in mine he was only my uncle. He went above and beyond that title on countless occasions throughout my life.

I would not have become a United States Marine.
I would not have become a Philadelphia firefighter/emt.
Please consider these things as well as his health conditions in your decision.

Thank you.
Sincerely,
Collin Brennan

**From:** Marilynn Evers
**Sent:** Monday, September 12, 2022 3:02 PM
**To:** Noah Gorson
**Subject:** RE: Michael J. Myers

Marilynn Evers
8621 Lykens Ln,
Philadelphia, PA 19128

September 12, 2022

Dear Hon. Paul S. Diamond:

I am writing this letter in regards to my brother, Michael J. Myers.  Mike is the backbone of our large close knit family.
He is the one who I have turned to for advice and help my entire life.  He has had a tremendous impact, from saving me from an abusive husband to showing me the light ahead, to seeing the beauty in nature.  He filled in many times as a positive role model for my children without anyone ever asking.  I would not be the person I am today without my brother's guidance.
His kindness and generosity has not been limited to family but also to neighbors throughout the community.  Never judgmental just there when needed.
His recent accident has left him with serious  medical issues that would be difficult for a young man but he doesn't complain.  The stress alone has taken a toll on Mike and his family.  His advancing age and health are clearly evident from his physical condition.

I am blessed to have Mike in my life and I'm proud to call him my brother.
Thank you for your time and consideration.

Respectfully,

Marilynn Myers-Evers

--
Marilynn Evers

Dear Judge...

    I am writing this letter today on behalf of my family requesting leniency for my brother, Michael Myers. We are eight children born to Mark and Margaret Myers. We were raised in a tight knit community, on the same street as many aunts, uncles, and cousins. Our parents were hardworking, loving, law-abiding citizens. Three of our siblings were schoolteachers and several extended family members were police officers. Our father died at age 79 after suffering from diabetes and congestive heart failure and forced to give up driving and his beloved fishing trips. Our mother lived into her 80s but suffered debilitating Alzheimer's for close to a decade, which left her incapacitated and unable to live alone. During these years, my siblings banded together and took turns caring for her and cooking meals so we never had to send her to a nursing home. Our oldest brother Mark died at age 72, our eldest sister Marylou at 75, and the 4th sibling (younger than Michael), Peg at age 74 due to congestive heart failure. All 3 of our deceased siblings suffered for several years with their illnesses. My brother Michael is also in declining health. He is obviously under a tremendous amount of stress and in constant pain from fall last winter, which has taken its toll on him. In addition to high blood pressure, alcoholism, and deteriorated hearing ability, I can see his mental awareness slipping. As I mentioned my mother (as well as several of her siblings) suffered from Alzheimer's disease so I am aware of the signs and I see them in my brother. I'm very concerned that a lengthy sentence will equal a death sentence for him.

    We plead with you to consider my brother Mike's declining health and family history when deciding his sentence. He has been married to his loving wife Ethel for 55 years, 3 children, 6 grandchildren, and 4 remaining siblings also in declining health and diminishing mental capacity. He has many nieces and nephews who love him dearly. He is the glue of our family and has always been there for any relative/neighbor who was down on their luck and needed help. I implore you for mercy and leniency on my brother so we can remain a family in our final years of life.

Sincerely,

Maureen Wootten

Michael Pratt
7909 Ardleigh Street,
Philadelphia, PA 19118
(267) 516-3478

To Whom It May Concern:

I have known Michael "Ozzie" Myers my entire life. He is my maternal uncle and my mother named me after him.

Uncle Mike is a hardworking and dedicated family man, who over the years has shown myself and my family great compassion and kindness.

My mother, his younger sister, revered Uncle Mike. Throughout the years, when my mother needed advice, Mike was always someone with whom she could turn. I remember Mike giving my mother comfort as well as guidance on many occasions regarding my brother, who during that time was struggling with addiction.

My father and I would sometimes visit Mike on Sundays when driving by his parent's old house, where we would find him tirelessly working to restore it. While they talked about anything and everything, I would look around the house and feel in awe at Mike's physical effort put into there, even recently while Mike is in his seventies. You can really tell how much love for family and their history is in Mike's heart.

When my father was dying of terminal cancer, Uncle Mike frequently visited and was a friendly face and good company. During that time, my father worried about leaving my mother behind, and asked to speak privately to Uncle Mike, as my father held him in deep regard and knew Uncle Mike as dependable. Mike spoke with dad and kept calm, as he usually does in stressful situations. It is a quality I admire in him and try to emulate.

When my father passed, Mike helped my mother during her times of extreme grief, ensuring my father's funeral arrangements were to her wishes. Then, during the end of my mother's life, when she was at her physical and emotional worst, Mike was there, whether through visiting, inviting my mother over to his house, bringing her food and needed supplies, or even sending over a plumber to help fix up the house.

As his nephew, I feel fortunate to have Uncle Mike in my life. Some of my earliest memories are of our fishing outings with his father, my grandfather, Mark and of the trips he would take my cousin and I on up the mountains. I'm inspired by Mike's excellent memory, love of family, and passion for his neighborhood, which is apparent during holiday gatherings, with great joy received through all his stories of old times. He also makes an excellent pineapple ham and is a foundational presence at the family dinner table.

I write this letter to say that I love my Uncle Mike very much and in my opinion, he is a superb man and of great value not only to his family and friends, but also to society.

Sincerely,

Michael Pratt

September 13, 2021

Hon. Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Re:	**United States of America v. Michael Myers**
	**USDC Eastern District of PA, No. 20cr210**

Dear Judge Diamond,

My name is Lawrence D. Jackson. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania and the State of New Jersey, and I am a partner in the law firm of Lewis Brisbois Bisgaard & Smith, LLP. I am writing this letter on behalf of Michael Myers. My wife Christine, is Michael's niece, and I have known Michael for more than thirty years as a family member and friend.

While I am not in a position to speak to the specific charges made by the government against Michael in this case, I can speak to Michael's generosity and good character. I first met Michael while dating my wife Christine. Michael was warm and engaging, telling stories of growing up in South Philadelphia, playing baseball and his involvement in the community and rise in politics. After my wife and I were married, Michael welcomed me into the family inviting us to his home many times and to numerous family functions.

By way of example, Michael and his wife Essie, open their home on Christmas Eve every year to family, friends and neighbors. It's always a festive event with turkey, ham, homemade salads, pies and cookies. The first year I attended, I commented to Michael that I had only expected family and he responded that his home was open to family, friends, neighbors and anyone else who was lonely on Christmas Eve.

Michael is the oldest living son of Mark and Margaret Myers. Together, Mark and Margaret had eight children. Michael and Essie have three children of their own and Michael has numerous nieces and nephews. They are a close family with most still living in South Philadelphia. The entire family looks to Michael for guidance and support and Michael has always been generous with his time and resources.

My mother-in-law, Marylou Coleman, was the primary caretaker of her mother, Margaret, who suffered from late stage dementia. To assist her, Michael organized a seven day meal plan with his siblings to bring meals daily for Margaret and Marylou. Michael also would visit his mother daily and often spent the night sleeping on a recliner chair in the living room watching over Margaret while Marylou slept. During some of these visits, Michael also brought food for the elderly couple living next door.

When my mother-in-law passed in 2013, Michael and Essie, who had been suffering cancer at the time, put everything aside to provide support and guidance to my wife and her two sisters. Several years before, our family pet, a one hundred and twenty-pound dog, was critically ill, suffering seizures. My wife, called Michael, who was working at the time. Michael stopped work and rushed over to our home and assisted me in carrying the dog several blocks to the veterinarian. He then spent the afternoon with us providing support after the dog had to be humanely euthanized.

There have been numerous similar instances in the past involving other family members when Michael has been the first person to offer assistance and whatever support that has been needed. Michael has always been the glue that holds his family together and without him, his family would suffer a great loss.

My wife and I would respectfully request that you take this letter into consideration at the time of any sentencing that may be conducted in this case. Despite the allegations made in this case, I believe that Michael is an honorable individual, a critical family member, a valuable member of the community and a good human being. Your Honor's consideration is greatly appreciated.

Respectfully submitted,

*Larry Jackson*

Lawrence D. Jackson, Esquire
1 Greenbriar Road
Mullica Hill, NJ 08062
(267) 279 – 3176
Larry.jackson@lewisbrisbois.com