Noah Gorson, Esquire
Identification No. 34323
email ng@gorsonlaw.com
Arnold Silverstein, Esq
Identification No.
email arnold.silverstein@gmail.com
123 S. Broad Street #2140
Philadelphia, PA 19109
(215) 569-4661                                    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIMINAL NO. 20-CR-210 |
| MICHAEL "OZZIE" MYERS" | : | |

### DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM

Through counsel, Mr. Myers, files the following Supplemental Sentencing Memorandum to provide the Court with additional letters from family and community as further support for a variance from the sentencing guidelines that would meet the statutory directives set forth in 18 U.S.C. § 3553(a).

RESPECTFULLY SUBMITTED:

BY:  /s/ Noah Gorson
NOAH GORSON, Esquire
Attorney for Defendant

BY:  /s/ Arnold Silverstein
ARNOLD SILVERSTEIN, Esquire
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Memorandum was served upon the following in the manner indicated on today's date of September 22, 2022:

ECF
**Honorable Paul S. Diamond**
U.S. Courthouse
601 Market Street, Room 14614
Philadelphia, PA 19106-1773

ECF
Department of Justice
United States Attorney=s Office
Eastern District of Pennsylvania
**Assistant United States Attorney**
**Eric Gibson, Esq.**
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476

BY: _/s/ Noah Gorson_
NOAH GORSON, ESQUIRE



# CITY OF PHILADELPHIA
## CITY COUNCIL

MARK F. SQUILLA
ROOM 332, CITY HALL
Philadelphia, PA 19107
(215) 686-3458 or 3459
Fax No. (215) 686-1931
Email: mark.squilla@phila.gov

1ST DISTRICT COUNCILMAN

COMMITTEES
Chair
  Streets and Services

Member
  Education
  Ethics
  Finance
  Fiscal Stability
  Global Opportunities
  Licenses and Inspections
  Public Property and Public Works
  Rules
  Technology and Information Services
  Transportation and Public Utilities
  Whole

September 20, 2022

Hon. Paul S. Diamond
14614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Diamond:

I am writing to request your consideration as you deliberate the sentencing for Michael "Ozzie" Myers. I have known Ozzie and his family for over twenty-five years, as a close friend of his brother, Matt. The Myers are a close-knit family who support one another and as the oldest brother, Ozzie has been the "go to" for his younger siblings. His wife, children and grandchildren are enriched by the role he plays in their lives on a daily basis. Ozzie is a good neighbor and an asset to the community as he always is the first to help anyone with a problem and he sees it through to a resolution. Ozzie is an older gentleman, with some health issues. He has acknowledged his wrongdoings and is sorry for his actions. Please consider these factors when deciding Ozzie's sentence. Thank you for your time.

Sincerely,

Mark Squilla

Margaret V. Schernecke
846 South Front Street
Philadelphia, PA  19147
September 21, 2022

Honorable Paul S. Diamond
U.S. District Court
601 Market Street
Philadelphia, PA  19147

**Re:  Mike O. Myers**

Dear Judge Diamond,

I am writing in support of Mike "Ozzie" Myers whom I've known for more than 40 years as a neighbor in Whitman, a friend, and an elected official who served our community as more than a public servant.

My husband and I have deep roots in our community.  I am the sixth generation of my family here and served as a former President and Board Member of Queen Village Neighbors Association since the early 1970's. I was also appointed to the Interstate Land Management Corporation (ILMC) as a delegate appointed by Senator Larry Farnese. This a non-profit entity created to maintain and manage areas within the right of way alongside and underneath I-95 from the Walt Whitman to the Ben Franklin Bridges.

I can testify first hand how Ozzie has helped reduce the negative impact of the highway on our waterfront communities by working diligently to improve safety, sound barriers, landscaping and parking.

 I believe what happened does not truly reflect Ozzie's character as a devoted family man, professional and dedicated neighborhood advocate.

Please consider my remarks about Ozzie when you sentence him.

Thank you for your consideration.

Margaret V. Schernecke

Cc: Noah Gorson, Esq.

**From:** myers52@aol.com
**Sent:** Saturday, September 17, 2022 1:17 PM
**To:** arnold.silverstein@gmail.com; Noah Gorson
**Subject:** Letter to Judge - Michael Myers

September 16,2022

The Honorable Paul S. Diamond
U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA  19106

Dear Judge Diamond,

My brother, Michael Myers, had a great influence in my life. He always knew the right thing to say and do for his family and friends.

I was diagnosed with Multiple Sclerosis on September 27, 2000. Coincidentally, the same date as his sentencing. That is one of the reasons i feel this letter is of importance. Mike has been there since the beginning of my unknown medical journey.

As usual, Mike jumped right in along side my husband taking me to my Neurologist, Dr. Amy Pruitt, at University of Pennsylvania Hospital. He learned how to give me injections of Avonex (Interferon beta-1a). This was very comforting to me, knowing my brother was by my side. Then in March of 2012 my husband, John, had a liver transplant. Again, Mike stepped up to the plate helping me take care of him

I was later able to help him a little with his wife Essie who has her own medical issues. I would help her clean
their home and cooking. Unfortunately, I find myself unable to do much of anything anymore. Their daughter
Kelly who was always there for her parents was herself diagnosed with cancer. I am now concerned with Essie
being on her own.

Between the pain my brother is suffering and his declining mental capabilities I fear the worst. I have already
lost three of my siblings and certainly do not want to lose Mike forever. Even though we are ten years apart
my brother has always been a father figure to me,

I am asking for leniency, your Honor, at the time of sentencing so our family can move forward in our later years. Thank you for your consideration.

Sincerely,

Michelle Rowan

# FREDERICK PATRICK SANTARELLI
**2933 South Broad Street**
**Philadelphia, Pennsylvania 19148**

September 19, 2022

Hon. Paul S. Diamond
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

    Re:    <u>USA v Michael "Ozzie" Myers</u>

Dear Judge Diamond:

    I have been a practicing attorney in the Pennsylvania federal and state courts for over 34 years. I am President of Elliott Greenleaf, P.C., at which I have practiced since 1990 following a judicial clerkship for President Judge James C. Crumlish, Jr. of the Commonwealth Court of Pennsylvania.

    I write on behalf of my friend, Mr. Michael Myers, known in our local neighborhood as Ozzie. I have known Ozzie for about twenty (25) years, from living just a couple blocks away from his home in the same neighborhood where I have raised my own family and three (3) children since 1990. I have no dealings with Mr. Myers in my professional capacity as an attorney, and I speak as a member of our neighborhood who knows him and others whose lives he has touched.

    Mr. Myers is someone who does not hesitate to help others in our neighborhood, whether it be young men or women seeking working class jobs in the trades (including the waterfront), or being a friend for sick, elderly or disabled people in the neighborhood. Notwithstanding innate human imperfections in all of us, Ozzie is a good person -- a "giver" and helper in our neighborhood in these difficult times in this City. Especially in his elderly years and the twilight of his life, I am hopeful he will be available to continue helping our neighbors and local community.

    Respectfully,

    FREDERICK P. SANTARELLI

cc:    Noah Gorson, Esquire