**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No. 20-210** |
| **MICHAEL "OZZIE" MYERS** | : | |

**O R D E R**

AND NOW, upon consideration of the government's motion requesting the Court to approve a Stipulation to modify the schedule for the defendant to pay the criminal fine imposed in this case, and, for the reasons set forth in the motion and for good cause shown, the motion is GRANTED and the Stipulation attached as Exhibit A to the motion is APPROVED.

_____
Date

_____
**HONORABLE PAUL S. DIAMOND**
**United States District Judge**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No. 20-210** |
| **MICHAEL "OZZIE" MYERS** | : | |

## GOVERNMENT'S MOTION TO APPROVE STIPULATION

Pursuant to 18 U.S.C. § 3572(d)(3), the United States of America, by its attorneys, respectfully requests this Court to approve a Stipulation to modify the schedule for the defendant to pay the criminal fine imposed in this case. In support of this motion, the government avers as follows:

1.      The defendant, Michael "Ozzie" Myers, pleaded guilty to conspiracy to deprive persons of civil rights, in violation of 18 U.S.C. § 241; Travel Act and aiding and abetting, in violation of 18 U.S.C. §§ 1952(a)(3) and 2; obstruction and aiding and abetting, in violation of 18 U.S.C. §§ 1512(b)(3) and 2; falsification of records and aiding and abetting, in violation of 18 U.S.C. § 1519 and 2; and conspiracy to illegally vote in federal election, in violation of 52 U.S.C. § 10307(c).

2.      This Court thereafter sentenced Myers to serve a total term of 30 months' imprisonment and a total of three years of supervised release. In or about May 2024, Myers was released from Bureau of Prisons custody, and he currently is serving is term of supervised release under the supervision of the U.S. Probation Office for this district.

3.      On October 18, 2022, this Court entered a Second Amended Judgment that required Myers, among other things, to pay a $100,000 criminal fine and a $500 special assessment. ECF 123. The Judgment also required Myers to make an immediate lump sum payment of $10,000 toward the fine, and, while on supervised release, to pay $1,000 per month toward the fine. *Id*., p. 9.

4.      To date, Myers has complied with the payment schedule by paying the special assessment, making the $10,000 lump sum payment, and paying $1,000 per month toward the fine. The government understands that Myers pays the monthly installment for the fine through the combination of the offset of his Social Security monthly benefit payment of approximately $297 through the Treasury Offset Program ("TOP Offset") and paying approximately $700 from personal funds. The current principal balance owed for the fine is $83,318.17.[1]

5.      The assigned U.S. Probation Officer recently advised government counsel that Myers received approximately $55,000 in funds following the recent death of his wife.[2] Myers used approximately $20,000 of these funds to pay for her funeral and related expenses. Myers also made several payments of $700 from these funds to pay the remaining portion of his monthly installment payment for the fine. Myers currently holds

---

[1] Because Myers did not pay the fine in full as directed by his judgment, interest of approximately $7,200 to date has accrued on the principal balance of the fine at the annual rate of 4.15%.

[2] The assigned probation officer, who has had numerous contacts with Myers in this matter, also confirmed with government counsel that Myers does not intend to engage an attorney to represent him regarding this motion and proposed Stipulation.

approximately $33,000 in remaining funds, and government counsel understands that he

has agreed not to transfer or further dissipate these funds pending further order.

6.      The government and Myers recently entered into an agreement, subject to

Court approval, to modify the payment of his fine, the terms of which are set forth in the

proposed Stipulation attached as "Exhibit A" to this motion, which has been executed by

the parties.

7.      Under this Stipulation, Myers will remit to the Clerk of Court payment of

approximately $33,000, *i.e.*, the remaining balance of funds he received following the

death of his wife, as payment for his outstanding fine. The Stipulation also provides that,

subject to Court approval, the parties agree the Court may reduce the amount of Myers'

monthly installment payment for the fine, which Myers will pay solely from the funds

paid through the TOP Offset, which currently is approximately $297 per month. This

modified payment schedule also is effective for a period of 12 months and is subject to

review by the government and further modification at the end of this period.

8.      Title 18, United States Code, Section 3572(d)(3), authorizes the Court to

adjust a payment schedule for a fine after being notified of a material change in the

defendant's financial resources that might affect his ability to pay the fine. That section

also provides that after notifying the court of the material change, the court may, "on its

own motion or the motion of any party, adjust the payment schedule [for the fine], or

require immediate payment in full, as the interests of justice require."

9.      The government submits that relief under Section 3572(d)(3) is appropriate in this instance. The receipt of approximately $55,000 by Myers constitutes a material change in his financial resources that affects his ability to pay the fine.

10.     Myers is 81 years old. His reported financial information reflects that he does not own assets of significant value or other significant sources of income that may be paid toward his fine. Myers to date has paid approximately $17,000 toward his fine. If approved, the Stipulation will result in Myers paying at total of approximately $50,000 toward the principal balance owed for the fine.

11.     Where necessary, the government may request the court to waive (remit) all or part of a fine, or interest accrued on the fine, based on efficacy of collection of the debt. *See* 18 U.S.C. §§ 3573(1), 3613(f)(3). Here, this motion and the proposed Stipulation do not seek to remit any portion of the fine or accrued interest and, instead, only seek to modify the amount Myers pays toward the debt. The government also notes that Myers is liable to pay the fine until May 2044, which is 20 years from the date he was released from Bureau of Prisons' custody. *See* 18 U.S.C. § 3613(b).

12.     Importantly, the proposed Stipulation does not preclude the government from further reviewing Myers' financial ability to pay the fine and seeking to modify the payment amount. This also would include reviewing whether Myers owns any interest in certain real properties identified in his Presentence Investigation Report – 746 South Hutchinson Street, Philadelphia, Pennsylvania; 230 Forest Hill Drive, Blakeslee, Pennsylvania; and 2633 South 3rd Street, Philadelphia, Pennsylvania – that would be available for payment of his fine consistent with the Stipulation and applicable law.

- 4 -

WHEREFORE, for the reasons explained above, the government requests that this Court grant the motion and approve the proposed Stipulation.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


*/s/  Richard P. Barrett*
RICHARD P. BARRETT
Assistant United States Attorney


*/s/  Joseph F. Minni*
JOSEPH F. MINNI
Assistant United States Attorney

Date: October 28, 2024.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the

GOVERNMENT'S MOTION TO APPROVE STIPULATION was electronically filed in

the Clerk's Office Electronic Case Filing (ECF) system and is available for viewing and

downloading from the ECF system, and that a true and correct copy was served by first

class mail, postage prepaid, as follows:

> Michael Joseph Myers
> 2746 South Hutchinson Street
> Philadelphia, PA 19148

> */s/  Joseph F. Minni*
> JOSEPH F. MINNI
> Assistant United States Attorney

Date: October 28, 2024.